UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8139**
**JUDGE CHIN**



| | |
|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC, | No. 07 Civ. ____ (__) |
| Plaintiffs, | |
| -against- | |
| WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES, BDO SEIDMAN, LLP, GREGORY J. PODLUCKY, and ROBERT LYNN, | |
| Defendants. | |

## PLAINTIFFS' DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs Harbinger Capital Partners Master Fund I, Ltd.; Aurelius Capital Master, Ltd.; Aurelius Capital Partners, LP; Arrow Distressed Securities Fund; Schultze Master Fund, Ltd.; Latigo Master Fund, Ltd.; UBS Willow Fund, LLC; Missouri State Employees' Retirement System; BlackRock Global Floating Rate Income Trust; BlackRock Limited Duration Income

Trust; BlackRock Senior Income Series; BlackRock Senior Income Series II; BlackRock Senior Income Series III PLC; Magnetite V CLO, Limited; BlackRock Senior Loan Portfolio; Harch CLO II, Ltd; and RZB Finance LLC discloses as follows:

1. Plaintiff Harbinger Capital Partners Master Fund I, Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Harbinger Capital Partners Master Fund I, Ltd.

2. Plaintiff Aurelius Capital Master, Ltd. is a subsidiary of Aurelius Capital International, Ltd. No publicly held corporation owns 10% or more of the stock of Aurelius Capital Master, Ltd.

3. Plaintiff Aurelius Capital Partners, LP, as a Delaware limited partnership, is not a corporate party for purposes of Rule 7.1 of the Federal Rules of Civil Procedure.

4. Plaintiff Arrow Distressed Securities Fund has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Arrow Distressed Securities Fund.

5. Plaintiff Schultze Master Fund, Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Schultze Master Fund, Ltd.

6. Plaintiff Latigo Master Fund, Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Latigo Master Fund, Ltd.

7. Plaintiff UBS Willow Fund, LLC has no parent corporation, and no publicly held corporation owns 10% or more of the stock of UBS Willow Fund.

8. Plaintiff Missouri State Employees' Retirement System has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Missouri State Employees' Retirement System.

9. Plaintiff BlackRock Global Floating Rate Income Trust has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Global Floating Rate Income Trust.

10. Plaintiff BlackRock Limited Duration Income Trust has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Limited Duration Income Trust.

11. Plaintiff BlackRock Senior Income Series has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Senior Income Series.

12. Plaintiff BlackRock Senior Income Series II has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Senior Income Series II.

13. Plaintiff BlackRock Senior Income Series III PLC has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Senior Income Series III PLC.

14. Plaintiff Magnetite V CLO Limited has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Magnetite V CLO Limited.

15. Plaintiff BlackRock Senior Loan Portfolio has no parent corporation, and no publicly held corporation owns 10% or more of the stock of BlackRock Senior Loan Portfolio.

16. Plaintiff Harch CLO II, Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Harch CLO II, Ltd.

17.  Plaintiff RZB Finance LLC is a subsidiary of Raiffeisen Zentralbank Oesterreich AG (RZB-Austria). No publicly held corporation owns 10% or more of the stock of RZB Finance LLC.

Dated: September 17, 2007

                        Respectfully submitted,

                        QUINN EMANUEL URQUHART
                        OLIVER & HEDGES, LLP

                        By: _____
                            Susheel Kirpalani (SK-8926)
                            Robert S. Loigman (RL-0675)
                            Michael B. Carlinsky (MC-6594)
                            Richard I. Werder (RW-5601)

                        51 Madison Avenue, 22nd Floor
                        New York, NY 10010
                        Tel: (212) 849-7000
                        Fax: (212) 849-7100

                        *Attorneys for Plaintiffs*