# UNITED STATES DISTRICT COURT

Southern District of New York

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD., ET AL.

**SUMMONS IN A CIVIL CASE**

V.

WACHOVIA CAPITAL MARKETS, LLC, ET AL.

CASE NUMBER: 07 CIV 8139

JUDGE CHIN

TO: (Name and address of Defendant)

| | | | |
|---|---|---|---|
| Wachovia Capital Markets, LLC | BDO Seidman, LLP | Gregory J. Podlucky | Robert B. Lynn |
| 301 S. College Street | Attn: Nancy Berger | 345 Cobblestone Lane | 3187 Route 711 South |
| One Wachovia Center | 1 Prudential Plaza | Ligonier, PA 15658 | Ligonier, PA 15658 |
| Charlotte, NC 28202 | 130 East Randolph STE 2800 | | |
| | Chicago, IL 60601 | | |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael B. Carlinsky
Richard I. Werder
Robert S. Loigman
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Tel.: (212) 849-7000

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 7 2007

CLERK

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  SEPTEMBER 19, 2007 at 2:55 PM |
| NAME OF SERVER (PRINT)  JAMES CAGNEY | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where  c/o SCOTT M. UNIVER, GENERAL COUNSEL
BDO SEIDMAN, 330 MADISON AVENUE, NEW YORK, NY 10017
GUDRUN RALEIGH (Paralegal) - Authorized to Accept Service

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

[ ] Returned _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   SEPTEMBER 19, 2007
              Date

Signature of Server

JAMES CAGNEY  124-0081
419 PARK AVE SO.
NEW YORK, NY 10016

Address of Server

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.