AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD., ET AL.

**SUMMONS IN A CIVIL CASE**

V.

WACHOVIA CAPITAL MARKETS, LLC, ET AL.

CASE NUMBER: 07 CIV 8139

JUDGE CHIN

TO: (Name and address of Defendant)

| | | | |
|---|---|---|---|
| Wachovia Capital Markets, LLC<br>301 S. College Street<br>One Wachovia Center<br>Charlotte, NC 28202 | BDO Seidman, LLP<br>Attn: Nancy Berger<br>1 Prudential Plaza<br>130 East Randolph STE 2800<br>Chicago, IL 60601 | Gregory J. Podlucky<br>345 Cobblestone Lane<br>Ligonier, PA 15658 | Robert B. Lynn<br>3187 Route 711 South<br>Ligonier, PA 15658 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael B. Carlinsky
Richard I. Werder
Robert S. Loigman
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Tel.: (212) 849-7000

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    SEP 1 7 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 19, 2007 at 7:30 PM |
| NAME OF SERVER (PRINT) THOMAS HOLLETT | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where: The residence of Gregory J. Podlucky 345 Cobblestone Lane, Ligonier, PA 15658

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 20, 2007    [signature]
            Date                   Signature of Server

1501 Preble Ave, Pittsburgh PA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.