Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HARBINGER CAPITAL PARTNERS, et al.

Vs.

WACHOVIA CAPITAL MARKETS, LLC, et al.

**APPEARANCE**

Case Number: 07-CV-08139

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant BDO Seidman, LLP

I certify that I am admitted to practice in this court.

October 5, 2007
Date

Signature

Cary B. Samowitz — CS 8920
Print Name — Bar Number

DLA Piper US LLP, 1251 Avenue of the Americas
Address

New York — NY — 10020
City — State — Zip Code

212-335-4500 — 212-335-4501
Phone Number — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com