UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD.; AURELIUS CAPITAL
MASTER, LTD.; AURELIUS CAPITAL
PARTNERS, LP; ARROW DISTRESSED
SECURITIES FUND; SCHULTZE MASTER
FUND, LTD.; LATIGO MASTER FUND, LTD.;
UBS WILLOW FUND, LLC; MISSOURI STATE
EMPLOYEES' RETIREMENT SYSTEM;
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED
DURATION INCOME TRUST; BLACKROCK
SENIOR INCOME SERIES; BLACKROCK
SENIOR INCOME SERIES II; BLACKROCK
SENIOR INCOME SERIES III PLC;
MAGNETITE V CLO, LIMITED; BLACKROCK
SENIOR LOAN PORTFOLIO; HARCH CLO II,
LTD.; and RZB FINANCE LLC,

07-CV-08139 (DC)

**NOTICE OF APPEARANCE**

          Plaintiffs,

vs.

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN, LLP;
GREGORY J. PODLUCKY; and ROBERT LYNN,

          Defendants.

------------------------------------------------------------ x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Wachovia Capital Markets, LLC d/b/a Wachovia Securities.

-2-

I certify that I am admitted to practice in this court.

Dated: October 5, 2007
New York, New York

*/s/ Harvey Kurzweil*
Harvey Kurzweil
hkurzweil@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 259-8000
Telephone:  (212) 259-6333