CHIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

———————————————————— x

HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD.; AURELIUS CAPITAL
MASTER, LTD.; AURELIUS CAPITAL
PARTNERS, LP; ARROW DISTRESSED
SECURITIES FUND; SCHULTZE MASTER
FUND, LTD.; LATIGO MASTER FUND, LTD.;
UBS WILLOW FUND, LLC; MISSOURI STATE
EMPLOYEES' RETIREMENT SYSTEM;
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED
DURATION INCOME TRUST; BLACKROCK
SENIOR INCOME SERIES; BLACKROCK
SENIOR INCOME SERIES II; BLACKROCK
SENIOR INCOME SERIES III PLC;
MAGNETITE V CLO, LIMITED; BLACKROCK
SENIOR LOAN PORTFOLIO; HARCH CLO II,
LTD.; and RZB FINANCE LLC,

               Plaintiffs,

vs.

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN, LLP;
GREGORY J. PODLUCKY; and ROBERT LYNN,

               Defendants.

———————————————————— x

07-CV-08139 (DC)

**STIPULATION AND ORDER**

      Plaintiffs Harbinger Capital Partners Master Fund I, Ltd., Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, Arrow Distressed Securities Fund, Schultze Master Fund, Ltd, Latigo Master Fund, Ltd., UBS Willow Fund, LLC, Missouri State Employees' Retirement System, BlackRock Global Floating Rate Income Trust, BlackRock Limited Duration Income Trust, BlackRock Senior Income Series, BlackRock Senior Income Series II, BlackRock Senior Income Series III PLC, Magnetite V CLO,

1

Limited, BlackRock Senior Loan Portfolio, Harch CLO II, Ltd., and RZB Finance LLC (collectively, "Plaintiffs") and Defendants Wachovia Capital Markets, LLC ("Wachovia") and BDO Seidman, LLP ("BDO"), by and through their attorneys, hereby stipulate that Defendants Wachovia and BDO shall each have until November 8, 2007 to answer or move against or otherwise respond to Plaintiffs' complaint. Plaintiffs shall have to and including December 21, 2007 to respond to Defendants Wachovia's and BDO's filings, and Defendants Wachovia and BDO shall each have to and including January 22, 2008 to reply to Plaintiffs' response.

Dated: October 9, 2007
New York, New York

DEWEY & LEBOEUF LLP

By: _____
Harvey Kurzweil

*Attorneys for Wachovia Capital Markets, LLC*
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

DLA PIPER US LLP

By: _____
Gary B. Samowitz

*Attorneys for BDO Seidman, LLP*
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4659

2

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By: /s/ Robert S. Loigman
Robert S. Loigman

*Attorneys for Plaintiffs*
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Dated: October 10, 2007

SO ORDERED:

_____
U.S.D.J.

3