UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――― x

HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD.; AURELIUS CAPITAL
MASTER, LTD.; AURELIUS CAPITAL
PARTNERS, LP; ARROW DISTRESSED
SECURITIES FUND; SCHULTZE MASTER
FUND, LTD.; LATIGO MASTER FUND, LTD.;
UBS WILLOW FUND, LLC; MISSOURI STATE
EMPLOYEES' RETIREMENT SYSTEM;
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED
DURATION INCOME TRUST; BLACKROCK
SENIOR INCOME SERIES; BLACKROCK
SENIOR INCOME SERIES II; BLACKROCK
SENIOR INCOME SERIES III PLC;
MAGNETITE V CLO, LIMITED; BLACKROCK
SENIOR LOAN PORTFOLIO; HARCH CLO II,
LTD.; and RZB FINANCE LLC,

07-CV-08139 (DC)

**AFFIDAVIT OF SERVICE**

Plaintiffs,

vs.

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN, LLP;
GREGORY J. PODLUCKY; and ROBERT LYNN,

Defendants.

――――――――――――――――――――――― x

STATE OF NEW YORK   )
                                          SS.:
COUNTY OF NEW YORK  )

DEBRA K. SENIOR, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 10th day of October, 2007, I served JUDGE CHIN'S SO ORDERED STIPULATION AND ORDER, DATED OCTOBER 10, 2007 by Facsimile to the attorneys listed below at their address designated for service of papers to:

**Robert S. Loigman, Esq.**
Quinn Emanuel Urquhart Oliver & Hedges LLP
Fax No. (212) 849-7100

**Cary Samowitz, Esq.**
DLA Piper US LLP
Fax No. (212) 335-4501

**Robert O Lampl, Esq.**
Fax No. (412) 392-0335

**John R. O'Keefe, Jr., Esq.**
Metz Lewis
Fax No. (418) 392-1189

_____
DEBRA K. SENIOR
Lic. No. 1264305

Sworn to before me this
11th day of October, 2007

_____
NOTARY PUBLIC

ANNE OCONNOR
NOTARY PUBLIC, State of New York
No. 01OC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires May 22, 2011