# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

HARBINGER CAPITAL PARTNERS, et al.

Vs.

WACHOVIA CAPITAL MARKETS, LLC, et al.

**APPEARANCE**

Case Number: 07-CV-08139

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant BDO Seidman, LLP

I certify that I am admitted to practice in this court.

October 5, 2007
Date

Signature

Palmina M. Fava | PF 7885
Print Name | Bar Number

DLA Piper US LLP, 1251 Avenue of the Americas
Address

New York | NY | 10020
City | State | Zip Code

212-335-4500 | 212-335-4501
Phone Number | Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com