UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER       07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                              Plaintiffs,

        -against-                             MOTION TO ADMIT
                                                  COUNSEL PRO HAC VICE
WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                              Defendants.

-------------------------------------------------------------X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I, HARVEY

KURZWEIL, a member in good standing of the bar of this Court hereby move for an

Order allowing the admission pro hac vice of:

                Applicant's Name:   KATHERINE GORDON MAYNARD
                Firm Name:            Robinson, Bradshaw & Hinson, P.A.
                Address:               101 N. Tryon Street, Suite 1900
                City/State/Zip:      Charlotte, North Carolina 28246

Tel No:	(704) 377-8101

Fax No:	(704) 339-3401

KATHERINE GORDON MAYNARD is a member in good standing of the Bars of the State of North Carolina and the Commonwealth of Kentucky. There are no pending disciplinary proceedings against KATHERINE GORDON MAYNARD in any State or Federal court.

Dated: October 18, 2007

Respectfully submitted,

*/s/ Harvey Kurzweil*
HARVEY KURZWEIL

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel:  (212) 259-8000
Fax: (212) 259-6333

# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1883
### (502) 564-3795
### FAX (502) 564-3225

**OFFICERS**
Jane Winkler Dyche
*President*

Barbara D. Bonar
*President-Elect*

Charles E. English, Jr.
*Vice President*

Robert C. Ewald
*Past President*

**YOUNG LAWYERS**
Ryan C. Reed
*Chair*

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit



## THIS IS TO CERTIFY THAT

### *KATHERINE GORDON MAYNARD*
*Robinson, Bradshaw and Hinson PA*
*101 North Tryon Street, Suite 1900*
*Charlotte, North Carolina 28246*

### Membership No. **88197**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 11th day of October, 2007.

### *JAMES L. DECKARD*
### *REGISTRAR*



By: _____
Nicole A. Key, Deputy Registrar

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __Katherine Gordon Maynard  (26837)__ is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on __August 21, 1999__.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __8th__ day of __October__, __2007__.

_L. Thomas Lunsford_
Secretary of the North Carolina State Bar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

07-CV-08139 (DC)

                              Plaintiffs,

              -against-

AFFIDAVIT OF HARVEY
KURZWEIL IN SUPPORT
OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                              Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                               SS.:
COUNTY OF NEW YORK )

        HARVEY KURZWEIL, being duly sworn, hereby deposes and says as follows:

        1.    I am a partner with the law firm of Dewey & LeBoeuf LLP, counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned action. I

2

am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Wachovia Capital Market, LLC's motion to admit Katherine Gordon Maynard as counsel pro hac vice to represent Defendant Wachovia Capital Markets, LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 6, 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I met Katherine Gordon Maynard in connection with this case.

4. Katherine Gordon Maynard is a partner at Robinson, Bradshaw & Hinson, P.A., and is located at 101 N. Tryon Street, Suite 1900, Charlotte, North Carolina 28246.

5. I have found Katherine Gordon Maynard to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Katherine Gordon Maynard, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Katherine Gordon Maynard, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Katherine Gordon Maynard, pro hac vice, to represent Defendant Wachovia Capital Markets, LLC, in the above-captioned matter, be granted.

_____
HARVEY KURZWEIL

Sworn to before me this
18th day of October, 2007.

_____
Notary Public
MARIAN L. LOTITO
NOTARY PUBLIC, State of New York
No. 01LO6057552
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 16, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

07-CV-08139 (DC)

                                 **Plaintiffs,**

             -against-

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

                                 **Defendants.**

------------------------------------------------------------------X

       Upon the motion of Harvey Kurzweil, attorney for Defendant Wachovia Capital Markets, LLC, and said sponsor attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | KATHERINE GORDON MAYNARD |
| Firm Name: | Robinson, Bradshaw & Hinson, P.A. |
| Address: | 101 N. Tryon Street, Suite 1900 |
| City/State/Zip: | Charlotte, North Carolina  28246 |

2

|  |  |
|---|---|
| Tel No: | (704) 377-8101 |
| Fax No: | (704) 339-3401 |
| Email: | kmaynard@rbh.com |

is admitted to practice pro hac vice as counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007

    New York, New York

 

_____
United States District Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                      SS.:
COUNTY OF NEW YORK  )

JUDITH L. STRIGARO, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

On the 18th day October, 2007, I caused the attached MOTION TO ADMIT COUNSEL PRO HAC VICE to be served via First Class Mail to the attorneys listed below at their address designated for service of papers as follows:

Robert S. Loigman, Esq.
Quinn Emanuel Urquhart
 Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Cary B. Samowitz, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020

Gregory J. Podulucky
345 Cobblestone Lane
Ligonier, PA  15658

Robert B. Lynn
3187 Route 711 South
Ligonier, PA  15658

JUDITH L. STRIGARO
Lic. No. 0770670

Sworn to before me this
18th day of October, 2007

Kevin M. Kohberger
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147060
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 20 10