UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER      07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                                    **Plaintiffs,**

                -against-                          **MOTION TO ADMIT
                                                   COUNSEL PRO HAC VICE**

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                                    **Defendants..**

---------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I, HARVEY

KURZWEIL, a member in good standing of the bar of this Court hereby move for an

Order allowing the admission pro hac vice of:

|                    |                                        |
|--------------------|----------------------------------------|
| Applicant's Name:  | ROBERT FULLER                          |
| Firm Name:         | Robinson, Bradshaw & Hinson, P.A.      |
| Address:           | 101 N. Tryon Street, Suite 1900        |
| City/State/Zip:    | Charlotte, North Carolina 28246        |

Tel No:          (704) 377-8324

Fax No:          (704) 373-3924

ROBERT FULLER is a member in good standing of the Bar of the State

of North Carolina.  There are no pending disciplinary proceedings against ROBERT

FULLER in any State or Federal court.

Dated:  October 18, 2007                    Respectfully submitted,

HARVEY KURZWEIL

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000
Fax:  (212) 259-6333

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that       Robert W. Fuller   (10887)       is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on       August 21, 1983      .

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this 8th. day of       October      ,    2007    .

Secretary of the North Carolina State Bar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER        07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                          Plaintiffs,

          -against-                              AFFIDAVIT OF HARVEY
                                                 KURZWEIL IN SUPPORT
                                                 OF MOTION TO ADMIT
                                                 COUNSEL PRO HAC VICE

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                          Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     SS.:
COUNTY OF NEW YORK   )


        HARVEY KURZWEIL, being duly sworn, hereby deposes and says as
follows:

        1.      I am a partner with the law firm of Dewey & LeBoeuf LLP,

counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned action.  I

am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Wachovia Capital Markets, LLC's motion to admit Robert Fuller as counsel pro hac vice to represent Defendant Wachovia Capital Markets, LLC in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 6, 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I met Robert Fuller in connection with this case.

4.    Robert Fuller is a partner at Robinson, Bradshaw & Hinson, P.A., and is located at 101 N. Tryon Street, Suite 1900, Charlotte, North Carolina 28246.

5.    I have found Robert Fuller to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Robert Fuller, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Robert Fuller, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS, it is respectfully requested that the motion to admit Robert Fuller, pro hac vice, to represent Defendant Wachovia Capital Markets, LLC, in the above-captioned matter, be granted.

_____
HARVEY KURZWEIL

Sworn to before me this
18th day of October, 2007.

_____
Notary Public

MARIAN L. LOTITO
NOTARY PUBLIC, State of New York
No. 01LO6057552
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 16, 2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER      07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                              Plaintiffs,

              -against-                       ORDER FOR ADMISSION
                                              PRO HAC VICE ON
                                              WRITTEN MOTION
WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                              Defendants.

----------------------------------------------------------------X

        Upon the motion of Harvey Kurzweil, attorney for Defendant Wachovia

Capital Markets, LLC, and said sponsor attorney's affidavit in support;

        IT IS HEREBY ORDERED that

        Applicant's Name:    ROBERT FULLER
        Firm Name:           Robinson, Bradshaw & Hinson, P.A.
        Address:             101 N. Tryon Street, Suite 1900
        City/State/Zip:      Charlotte, North Carolina  28246
        Tel No:              (704) 377-8324

| Fax No: | (704) 373 3924 |
|---------|----------------|
| Email: | rfuller@rbh.com |

is admitted to practice pro hac vice as counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:  _____, 2007

     New York, New York

                                   _____
                                   United States District Judge

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          SS.:
COUNTY OF NEW YORK  )


        JUDITH L. STRIGARO, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in New York, New York.

        On the 18th  day October, 2007, I caused the attached MOTION TO ADMIT COUNSEL PRO HAC VICE to be served via First Class Mail to the attorneys listed below at their address designated for service of papers as follows:


Robert S. Loigman, Esq.
Quinn Emanuel Urquhart
 Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Cary B. Samowitz, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020


Gregory J. Podulucky
345 Cobblestone Lane
Ligonier, PA  15658

Robert B. Lynn
3187 Route 711 South
Ligonier, PA  15658


                                            JUDITH L. STRIGARO
                                            Lic. No. 0770670

Sworn to before me this
18th  day of October, 2007


KEVIN M. KOHBERGER
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147060
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 20_10