UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HARBINGER CAPITAL PARTNERS           :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS       :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND;          :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW        :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM;        :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED      :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES;      :   Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III   :   **MOTION TO ADMIT**
PLC; MAGNETITE V. CLO, LIMITED;          **COUNSEL**
BLACKROCK SENIOR LOAN PORTFOLIO;     :
HARCH CLO II, LTD.; and RZB FINANCE      **PRO HAC VICE**
LLC,                                 :

          Plaintiffs,              :

  -against-                         :

WACHOVIA CAPITAL MARKETS, LLC        :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,   :
and ROBERT LYNN,                     :

          Defendants.              :
------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Cary B. Samowitz, a member in good

standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice

of:

MATTHEW R. HILLER
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-8536 (Direct telephone)
(312) 630-6332 (Direct fax)

MATTHEW R. HILLER is a member of good standing of the Bar of the State of Illinois.

There is no pending disciplinary proceeding against MATTHEW R. HILLER in any STATE or FEDERAL court.

Dated: October 15, 2007
New York, New York

Respectfully submitted,

*/s/ Gary B. Samowitz*
Gary B. Samowitz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X

HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES; :    Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III :    **AFFIDAVIT OF CARY B.**
PLC; MAGNETITE V. CLO, LIMITED;         **SAMOWITZ IN SUPPORT OF**
BLACKROCK SENIOR LOAN PORTFOLIO; :      **MOTION TO ADMIT**
HARCH CLO II, LTD.; and RZB FINANCE     **COUNSEL PRO HAC VICE**
LLC,                                :

    Plaintiffs,    :

 -against-                       :

WACHOVIA CAPITAL MARKETS, LLC     :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY, :
and ROBERT LYNN,

    Defendants.   :
----------------------------------------- X

  CARY B. SAMOWITZ, being duly sworn, hereby deposed and says as follows:

  1.  I am a member of the law firm, DLA Piper US LLP, counsel for Defendant BDO SEIDMAN, LLP, (**"BDO"**) in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant BDO's motion to admit Matthew R. Hiller, as counsel pro hac vice to represent BDO in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 13, 1986. I am also admitted to the bar of the United States District Court of the Southern District of New York, and am in good standing with this Court.

3.  I have been Mr. Hiller's colleague for two years, and have worked with him for approximately one year.

4.  Mr. Hiller is an associate of the law firm, DLA Piper US LLP, based in Chicago, Illinois.

5.  I have found Mr. Hiller to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Matthew R. Hiller, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Matthew R. Hiller, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew R. Hiller, pro hac vice, to represent Defendant BDO in the above captioned matter, be granted.

Respectfully submitted,

*/s/ Cary B. Samowitz*
Cary B. Samowitz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)

Sworn to before me this /5th day of October, 2007.

_____
Notary Public

ROSEMARY M. MICCIULLI
Notary Public, State of New York
No. 01MI4629127
Qualified in Nassau County
Commission Expires Jan. 31, 20 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
HARBINGER CAPITAL PARTNERS  :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS  :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND;  :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW  :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM;  :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED  :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES;  :     Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III  :   **ORDER FOR ADMISSION**
PLC; MAGNETITE V. CLO, LIMITED;         **PRO HAC VICE**
BLACKROCK SENIOR LOAN PORTFOLIO;  :     **ON WRITTEN MOTION**
HARCH CLO II, LTD.; and RZB FINANCE
LLC,  :

          Plaintiffs,  :

  -against-  :

WACHOVIA CAPITAL MARKETS, LLC  :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,  :
and ROBERT LYNN,

          Defendants.  :
------------------------------------------- X

    Upon the motion of Cary B. Samowitz, attorney for Defendant, BDO SEIDMAN, LLP,

("**BDO**"), and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that:

MATTHEW R. HILLER
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-8536 (Direct telephone)
(312) 630-6332 (Direct fax)

is admitted to practice pro hac vice as counsel for BDO in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                   _____
                                                   United States District/Magistrate Judge

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Richard Matthew Hiller

*Northern District of Illinois*

 I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

 DO HEREBY CERTIFY That Richard Matthew Hiller was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/11/2007 )

        Michael W. Dobbins, Clerk,
        By: Krysten J. Coppoletta
         Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          : ss.:
COUNTY OF NEW YORK        )

     KENYOUTH ERNANDEZ, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 18th day of October, 2007, I caused to be served the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE** by mailing it to the following address:

     Michael Barry Carlinsky
     Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Attorneys for Plaintiffs

     Susheel Kirpalani
     Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Attorneys for Plaintiffs

     Robert Scott Loigman
     Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Attorneys for Plaintiffs

     Richard Irving Werder, Jr.
     Quinn Emanuel Urquhart Oliver & Hedges LLP
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Attorneys for Plaintiffs

     William T. Conway, III
     Dewey & LeBoeuf, LLP
     125 West 55th Street
     New York, New York 10019
     Attorneys for Defendant Wachovia Capital Markets, LLC

NEWY1\8157585.1

Harvey Kurzweil
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

Richard Walter Reinthaler
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

James P. Smith, III
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

Jennifer Opheim Whitener
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

the address designated by them for that purpose. Service was completed by overnight mail under the exclusive care and custody of Federal Express.

KENYOUTH ERNANDEZ

Sworn to before me this
18th day of October, 2007.

Notary Public

FRANK GONZALEZ
Notary Public, State of New York
No. 01GO6056171
Qualified in New York County
Commission Expires March 19, 20 11

NEWY1\8157585.1