UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES; :  Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III :  **MOTION TO ADMIT**
PLC; MAGNETITE V. CLO, LIMITED;              **COUNSEL**
BLACKROCK SENIOR LOAN PORTFOLIO; :
HARCH CLO II, LTD.; and RZB FINANCE        **PRO HAC VICE**
LLC, :

         Plaintiffs, :

  -against- :

WACHOVIA CAPITAL MARKETS, LLC :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY, :
and ROBERT LYNN,

         Defendants. :
------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cary B. Samowitz, a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

MICHAEL S. POULOS
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-4075 (Direct telephone)
(312) 251-5806 (Direct fax)

MICHAEL S. POULOS is a member of good standing of the Bar of the State of Illinois.

There is no pending disciplinary proceeding against MICHAEL S. POULOS in any STATE or FEDERAL court.

Dated: October 15, 2007
       New York, New York

                                        Respectfully submitted,

                                        *[signature]*
                                        Cary B. Samowitz
                                        DLA PIPER US LLP
                                        1251 Avenue of the Americas
                                        New York, New York 10020-1104
                                        (212) 335-4500 (Telephone)
                                        (212) 335-4501 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES; :     Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III :  **AFFIDAVIT OF CARY B.**
PLC; MAGNETITE V. CLO, LIMITED;       **SAMOWITZ IN SUPPORT OF**
BLACKROCK SENIOR LOAN PORTFOLIO; :    **MOTION TO ADMIT**
HARCH CLO II, LTD.; and RZB FINANCE   **COUNSEL PRO HAC VICE**
LLC,                             :

                Plaintiffs,      :

    -against-                    :

WACHOVIA CAPITAL MARKETS, LLC    :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY, :
and ROBERT LYNN,

                Defendants.      :
---------------------------------------- X

CARY B. SAMOWITZ, being duly sworn, hereby deposed and says as follows:

1. I am a member of the law firm, DLA Piper US LLP, counsel for Defendant BDO SEIDMAN, LLP, (**"BDO"**) in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant BDO's motion to admit my partner, Michael S. Poulos, as counsel pro hac vice to represent BDO in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 13, 1986. I am also admitted to the bar of the United States District Court of the Southern District of New York, and am in good standing with this Court.

3. I have been Mr. Poulos' partner for over four years, and have known and worked with Mr. Poulos since the fall of 2004.

4. Mr. Poulos is a member of the law firm, DLA Piper US LLP, based in Chicago, Illinois.

5. I have found Mr. Poulos to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael S. Poulos, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael S. Poulos, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael S. Poulos, pro hac vice, to represent Defendant BDO in the above captioned matter, be granted.

Respectfully submitted,

Cary B. Samowitz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)

Sworn to before me this 15th day of October, 2007.

_____
Notary Public

ROSEMARY M. MICCIULLI
Notary Public, State of New York
No. 01MI4629127
Qualified in Nassau County
Commission Expires Jan. 31, 20 11

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Michael S. Poulos

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael S. Poulos was duly admitted to practice in said Court on (06/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/11/2007 )

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

KENYOUTH ERNANDEZ, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 18th day of October, 2007, I caused to be served the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE** by mailing it to the following address:

>Michael Barry Carlinsky
>Quinn Emanuel Urquhart Oliver & Hedges LLP
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Attorneys for Plaintiffs
>
>Susheel Kirpalani
>Quinn Emanuel Urquhart Oliver & Hedges LLP
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Attorneys for Plaintiffs
>
>Robert Scott Loigman
>Quinn Emanuel Urquhart Oliver & Hedges LLP
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Attorneys for Plaintiffs
>
>Richard Irving Werder, Jr.
>Quinn Emanuel Urquhart Oliver & Hedges LLP
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>Attorneys for Plaintiffs
>
>William T. Conway, III
>Dewey & LeBoeuf, LLP
>125 West 55th Street
>New York, New York 10019
>Attorneys for Defendant Wachovia Capital Markets, LLC

Harvey Kurzweil
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

Richard Walter Reinthaler
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

James P. Smith, III
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

Jennifer Opheim Whitener
Dewey & LeBoeuf, LLP
125 West 55th Street
New York, New York 10019
Attorneys for Defendant Wachovia Capital Markets, LLC

the address designated by them for that purpose. Service was completed by overnight mail under the exclusive care and custody of Federal Express.

_____
KENYOUTH ERNANDEZ

Sworn to before me this
18th day of October, 2007.

_____
Notary Public

FRANK GONZALEZ
Notary Public, State of New York
No. 01GO6056171
Qualified in New York County
Commission Expires March 19, 20__

NEWY1\8157585.1