SCANNED

RECEIVED
OCT 25 2007
JUDGE CHIN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM;
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES;
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III
PLC; MAGNETITE V. CLO, LIMITED;
BLACKROCK SENIOR LOAN PORTFOLIO;
HARCH CLO II, LTD.; and RZB FINANCE
LLC,

          Plaintiffs,

    -against-

WACHOVIA CAPITAL MARKETS, LLC
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,
and ROBERT LYNN,

          Defendants.

------------------------------------- X

Index No. 07-CV-08139 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cary B. Samowitz, a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

Motion GRANTED.
SO ORDERED.

USDJ 10/29/07

MATTHEW R. HILLER
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-8536 (Direct telephone)
(312) 630-6332 (Direct fax)

MATTHEW R. HILLER is a member of good standing of the Bar of the State of Illinois.

There is no pending disciplinary proceeding against MATTHEW R. HILLER in any STATE or

FEDERAL court.

Dated: October 15, 2007
       New York, New York


                                                Respectfully submitted,

                                                /s/ G B Samowitz
                                                Gary B. Samowitz
                                                DLA PIPER US LLP
                                                1251 Avenue of the Americas
                                                New York, New York 10020-1104
                                                (212) 335-4500 (Telephone)
                                                (212) 335-4501 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES; :      Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III :   **ORDER FOR ADMISSION**
PLC; MAGNETITE V. CLO, LIMITED;        **PRO HAC VICE**
BLACKROCK SENIOR LOAN PORTFOLIO; :     **ON WRITTEN MOTION**
HARCH CLO II, LTD.; and RZB FINANCE
LLC, :

             Plaintiffs, :

-against- :

WACHOVIA CAPITAL MARKETS, LLC :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY, :
and ROBERT LYNN,

             Defendants. :
------------------------------------------------------- X

    Upon the motion of Cary B. Samowitz, attorney for Defendant, BDO SEIDMAN, LLP,

("**BDO**"), and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that:

MATTHEW R. HILLER
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-8536 (Direct telephone)
(312) 630-6332 (Direct fax)

is admitted to practice pro hac vice as counsel for BDO in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/29/07
City, State: NY, NY

_____
United States District/Magistrate Judge