SCANNED

RECEIVED
OCT 2 5 2007
JUDGE CHIN'S CHAMBERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER        07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

                                   **Plaintiffs,**

                    -against-                         **MOTION TO ADMIT**
                                                      **COUNSEL PRO HAC VICE**

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                                   **Defendants.**

----------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I, HARVEY

KURZWEIL, a member in good standing of the bar of this Court hereby move for an

Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | KATHERINE GORDON MAYNARD |
| Firm Name: | Robinson, Bradshaw & Hinson, P.A. |
| Address: | 101 N. Tryon Street, Suite 1900 |
| City/State/Zip: | Charlotte, North Carolina 28246 |

Motion
GRANTED.
SO ORDERED.
USDJ 10/29/07

2

Tel No:        (704) 377-8101

Fax No:        (704) 339-3401

KATHERINE GORDON MAYNARD is a member in good standing of

the Bars of the State of North Carolina and the Commonwealth of Kentucky.  There are

no pending disciplinary proceedings against KATHERINE GORDON MAYNARD in

any State or Federal court.

Dated: October 18, 2007                    Respectfully submitted,

HARVEY KURZWEIL

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000
Fax:  (212) 259-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER     07-CV-08139 (DC)
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

Plaintiffs,

-against-         **ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

**Defendants.**

-------------------------------------------------------------------X

Upon the motion of Harvey Kurzweil, attorney for Defendant Wachovia

Capital Markets, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | KATHERINE GORDON MAYNARD |
| Firm Name: | Robinson, Bradshaw & Hinson, P.A. |
| Address: | 101 N. Tryon Street, Suite 1900 |
| City/State/Zip: | Charlotte, North Carolina 28246 |

| Tel No: | (704) 377-8101 |
| Fax No: | (704) 339-3401 |
| Email: | kmaynard@rbh.com |

is admitted to practice pro hac vice as counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____ 10/29/07 _____, 2007

New York, New York

_____
United States District Judge

2