SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                                  Plaintiffs,

           -against-

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                                Defendants..

----------------------------------------------------------X

07-CV-08139 (DC)



MOTION TO ADMIT
COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I, HARVEY

KURZWEIL, a member in good standing of the bar of this Court hereby move for an

Order allowing the admission pro hac vice of:

        Applicant's Name:    ROBERT FULLER
        Firm Name:    Robinson, Bradshaw & Hinson, P.A.
        Address:    101 N. Tryon Street, Suite 1900
        City/State/Zip:    Charlotte, North Carolina 28246

MOTION GRANTED
SO ORDERED

[signature]
10/29/07

2

   Tel No:   (704) 377-8324

   Fax No:   (704) 373-3924

   ROBERT FULLER is a member in good standing of the Bar of the State of North Carolina. There are no pending disciplinary proceedings against ROBERT FULLER in any State or Federal court.

Dated: October 18, 2007      Respectfully submitted,

                  HARVEY KURZWEIL

                  Dewey & LeBoeuf LLP
                  1301 Avenue of the Americas
                  New York, NY 10019-6092
                  Tel: (212) 259-8000
                  Fax: (212) 259-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC,**

07-CV-08139 (DC)

Plaintiffs,

-against-

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

**WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN,**

Defendants.

------------------------------------------------------------X

Upon the motion of Harvey Kurzweil, attorney for Defendant Wachovia Capital Markets, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | ROBERT FULLER |
| Firm Name: | Robinson, Bradshaw & Hinson, P.A. |
| Address: | 101 N. Tryon Street, Suite 1900 |
| City/State/Zip: | Charlotte, North Carolina 28246 |
| Tel No: | (704) 377-8324 |

|  |  |
|---|---|
| Fax No: | (704) 373 3924 |
| Email: | rfuller@rbh.com |

is admitted to practice pro hac vice as counsel for Defendant Wachovia Capital Markets, LLC, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____10/29_____, 2007

New York, New York

_____
United States District Judge