# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

HARBINGER CAPITAL PARTNERS, et al.

Vs.

WACHOVIA CAPITAL MARKETS, LLC, et al.

**APPEARANCE**

Case Number: 07-CV-08139

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant BDO Seidman, LLP

I certify that I am admitted to practice in this court.

October 15, 2007
Date

*[Signature]*
Signature

Thomas F. O'Neil III
Print Name

TO 0555
Bar Number

DLA Piper US LLP, 1251 Avenue of the Americas
Address

| New York | NY | 10020 |
| City | State | Zip Code |

212-335-4500                                      212-335-4501
Phone Number                                      Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com