Cary B. Samowitz

**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104

Attorneys for Defendant BDO SEIDMAN, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
HARBINGER CAPITAL PARTNERS            :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS        :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND;           :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW         :
FUND, LLC; MISSOURI STATE
EMPLOYEES' RETIREMENT SYSTEM;         :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED       :
DURATION INCOME TRUST; BLACKROCK
SENIOR INCOME SERIES; BLACKROCK       :     Index No. 07-CV-08139 (DC)
SENIOR INCOME SERIES II; BLACKROCK
SENIOR INCOME SERIES III PLC;         :     **RULE 7.1 STATEMENT OF**
MAGNETITE V CLO, LIMITED;                   **DEFENDANT**
BLACKROCK SENIOR LOAN PORTFOLIO;      :     **BDO SEIDMAN, LLP**
HARCH CLO II, LTD.; and RZB FINANCE
LLC,                                  :

            Plaintiffs,           :

  -against-                           :

WACHOVIA CAPITAL MARKETS, LLC         :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,    :
and ROBERT LYNN,
                                      :
            Defendants.
------------------------------------- X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney

of record for defendant BDO SEIDMAN, LLP (a private non-governmental party) hereby certifies that there is no parent corporation or any publicly-held corporation that owns 10% or more of its stock.

Dated: November 13, 2007
      New York, New York

 

*/s/ Cary B. Samowitz*
Cary B. Samowitz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)

NEWY1\8164297.1

2