Cary B. Samowitz

**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104

Attorneys for Defendant BDO SEIDMAN, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEES' RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :      Index No. 07-CV-08139 (DC)
DURATION INCOME TRUST; BLACKROCK
SENIOR INCOME SERIES; BLACKROCK :      **NOTICE OF MOTION TO**
SENIOR INCOME SERIES II; BLACKROCK     **DISMISS BY DEFENDANT**
SENIOR INCOME SERIES III PLC; :        **BDO SEIDMAN, LLP**
MAGNETITE V CLO, LIMITED;
BLACKROCK SENIOR LOAN PORTFOLIO; :
HARCH CLO II, LTD.; and RZB FINANCE
LLC, :
                                       **ORAL ARGUMENT REQUESTED**
         Plaintiffs, :

   -against- :

WACHOVIA CAPITAL MARKETS, LLC :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY, :
and ROBERT LYNN,

         Defendants. :
------------------------------------ X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the

accompanying declaration of Cary B. Samowitz, dated November 13, 2007, and all other papers

and proceedings in this matter, defendant BDO Seidman, LLP, by its undersigned attorneys, DLA Piper US LLP, will move this Court before the Honorable Denny Chin, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on December 12, 2007 or as soon thereafter as may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint and granting such other and further relief as the Court deems just and proper.

Dated: November 13, 2007
    New York, New York

/s/ Cary B. Samowitz
Cary B. Samowitz
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)

NEWY1\8164519.1