**DEWEY & LEBOEUF LLP**
Harvey Kurzweil
Richard W. Reinthaler
James P. Smith III
William T. Conway III
Jennifer Opheim Whitener
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Defendant Wachovia Capital Markets, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., ET AL., | |
| Plaintiffs, | 07-CV-08139 (DC) |
| -against- | Hon. Denny Chin |
| WACHOVIA CAPITAL MARKETS, LLC D/B/A WACHOVIA SECURITIES, ET AL., | ELECTRONICALLY FILED |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant Wachovia Capital Markets, LLC ("WCM"), upon the annexed Affirmation of Harvey Kurzweil, executed November 13, 2007, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Wachovia Capital Markets, LLC's Motion to Dismiss on Standing and Jurisdictional Grounds, dated November 13, 2007, shall, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), move this Court, by its undersigned counsel, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an order dismissing, without prejudice, plaintiffs' claims against WCM for conspiracy to violate the

Racketeer Influenced and Corrupt Organizations Act pursuant to 18 U.S.C. §1962(d), fraud, aiding and abetting fraud, negligent misrepresentation and civil conspiracy.

Dated: New York, New York
November 13, 2007

Respectfully submitted,

**DEWEY & LEBOEUF LLP**

By: /s/ Harvey Kurzweil
Harvey Kurzweil
Richard W. Reinthaler
James P. Smith III
William T. Conway III
Jennifer Opheim Whitener
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

*Attorneys for Defendant Wachovia Capital Markets, LLC*

Of Counsel:

**ROBINSON, BRADSHAW & HINSON, P.A.**
Robert W. Fuller (*pro hac vice*)
Katherine G. Maynard (*pro hac vice*)
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536

TO:    Michael B. Carlinsky, Esq.
Richard I. Werder, Esq.
Robert S. Loigman, Esq.
Susheel Kirpalani. , Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
*Attorneys for Plaintiffs*

Cary Brian Samowitz, Esq.
Thomas F. O'Neill, III, Esq.
Palmina M. Fava-Pastilha, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
*Attorneys for Defendant BDO Seidman, LLP*

Matthew R. Hiller, Esq.
Michael S. Poulos, Esq.
DLA PIPER US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
*Attorneys for Defendant BDO Seidman, LLP*

Gregory J. Podlucky
345 Cobblestone Lane
Ligonier, Pennsylvania 15658
*Defendant*

Robert B. Lynn
3187 Route 711 South
Ligonier, Pennsylvania 15658
*Defendant*