# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.06-25454 (MBM) |
| | ) | |
| LE-NATURE'S, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### FIFTH AMENDED VERIFIED STATEMENT OF BROWN RUDNICK BERLACK ISRAELS LLP AND MANION MCDONOUGH & LUCAS, P.C. PURSUANT TO FED. R. BANKR. P. 2019(a)

Brown Rudnick Berlack Israels LLP ("Brown Rudnick") and Manion McDonough & Lucas, P.C. (together with Brown Rudnick, "Counsel") hereby submit this fifth amended verified statement (the "Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and respectfully state as follows:

1.     Brown Rudnick is a law firm that maintains offices at, among other locations, Seven Times Square, New York, New York 10036.

2.     Manion McDonough & Lucas, P.C. is a law firm that maintains offices at Suite 1414, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

3.     Counsel appears in these above-captioned jointly administered cases (the "Chapter 11 Cases") on behalf of an *ad hoc* committee (the "*Ad Hoc* Lenders' Committee") of secured lenders to Le-Nature's, Inc. ("Le-Nature's"), whose members consist of the entities whose names and addresses are set forth on Exhibit A attached hereto.

4.     As of the date hereof, the members of the *Ad Hoc* Lenders' Committee hold or manage funds or accounts that hold, in the aggregate, $171,939,850 of the outstanding

indebtedness under that certain *Amended and Restated Credit Agreement* dated as of September 1, 2006 among Le-Nature's, Wachovia Bank, N.A. and certain other parties (the "Bank Debt"), representing approximately 62% of the outstanding principal amount of the Bank Debt. The amount of Bank Debt held by each member of the *Ad Hoc* Lenders Committee, the dates on which an agreement to acquire such Bank Debt was entered, the price paid therefor, and any sales or other disposition thereof are identified on Exhibit A.

5.      In addition, as of the date hereof, the members of the *Ad Hoc* Lenders' Committee own or manage funds or accounts that own, in the aggregate, $70,000,000 of the 9% Senior Subordinated Notes due 2013 issued by Le-Nature's (the "Notes"), representing approximately 47% of the outstanding principal amount of the Notes. The amount of Notes held by each member of the *Ad Hoc* Lenders' Committee, the dates on which an agreement to acquire such Notes was entered, the price paid therefor, and any sales or other disposition thereof are identified on Exhibit A.

6.      Counsel was approached on or around November 10, 2006 by the members of the *Ad Hoc* Lenders' Committee to represent them solely in connection with their Bank Debt holdings. Counsel holds no claims against or interests in the above-captioned Debtors.

7.      Counsel is empowered to act on behalf of the members of the *Ad Hoc* Lenders' Committee by the executed engagement letters attached hereto as Exhibit B.

8.      On November 20, 2006, Counsel filed the Verified Statement of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. Pursuant To Fed. R. Bankr. P. 2019(a).

9.     On or about December 14, 2006, Counsel filed the First Amended Verified Statement of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. Pursuant To Fed. R. Bankr. P. 2019(a).

10.     On or about February 21, 2007, Counsel filed the Second Amended Verified Statement of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. Pursuant To Fed. R. Bankr. P. 2019(a).

11.     On or about April 25, 2007, Counsel filed the Third Amended Verified Statement of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. Pursuant To Fed. R. Bankr. P. 2019(a).

12.     On or about May 29, 2007, Counsel filed the Fourth Amended Verified Statement of Brown Rudnick Berlack Israels LLP and Manion McDonough & Lucas, P.C. Pursuant To Fed. R. Bankr. P. 2019(a).

13.     Counsel will be compensated by the members of the *Ad Hoc* Lenders' Committee listed on Exhibit A. However, *Ad Hoc* Lenders' Committee may request that Counsel's fees and disbursements be paid by the Debtors' estates pursuant to applicable provisions of the Bankruptcy Code.

14.     The undersigned hereby verifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

3

15.    Counsel reserves the right to revise and supplement this Verified Statement.


Dated: Pittsburgh, Pennsylvania          MANION McDONOUGH & LUCAS, P.C.
       June 20, 2007

                                         /s/   James G. McLean
                                         James G. McLean
                                         600 Grant Street, Suite 1414
                                         Pittsburgh, PA 15219
                                         Telephone:    (412) 232-0200
                                         Facsimile:    (412) 232-0206

                                         -and-

                                         BROWN RUDNICK BERLACK ISRAELS LLP
                                         Edward S. Weisfelner (admitted *pro hac vice*)
                                         Robert J. Stark (admitted *pro hac vice*)
                                         Andrew Dash (admitted *pro hac vice*)
                                         Seven Times Square
                                         New York, NY 10036
                                         Telephone:    (212) 209-4800
                                         Facsimile:    (212) 209-4801

                                         Co-Counsel for the *Ad Hoc* Lenders' Committee


# 8162392

4

EXHIBIT A

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **AURELIUS CAPITAL MANAGEMENT, LP** | BANK | 11/2/2006 | BUY | 3,000,000 | 0.2800 |
| 53 Forest Avenue, Suite 202 | BANK | 11/2/2006 | BUY | 2,000,000 | 0.3000 |
| Old Greenwich, CT 06870 | BANK | 11/2/2006 | BUY | 3,000,000 | 0.4000 |
| | BANK | 11/2/2006 | BUY | 1,000,000 | 0.4800 |
| | BANK | 11/3/2006 | BUY | 2,000,000 | 0.3400 |
| | BANK | 11/3/2006 | BUY | 2,000,000 | 0.3950 |
| | BANK | 11/3/2006 | BUY | 2,000,000 | 0.4000 |
| | BANK | 11/3/2006 | BUY | 4,000,000 | 0.4200 |
| | BANK | 11/6/2006 | BUY | 2,000,000 | 0.4500 |
| | BANK | 11/7/2006 | BUY | 2,000,000 | 0.4900 |
| | BANK | 11/7/2006 | BUY | 4,500,000 | 0.4925 |
| | BANK | 11/7/2006 | BUY | 2,000,000 | 0.5000 |
| | BANK | 11/13/2006 | SELL | 5,000,000 | 0.4500 |
| | BANK | 11/13/2006 | SELL | 5,000,000 | 0.4450 |
| | BANK | 11/14/2006 | SELL | 3,000,000 | 0.4650 |
| | BANK | 1/26/2007 | BUY | 2,000,000 | 0.5325 |
| | BANK | 1/26/2007 | BUY | 2,000,000 | 0.5350 |
| | **TOTAL BANK** | | | 20,500,000 | |
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **BLACKROCK ADVISORS** | BANK | 9/12/2006 | BUY | 1,250,000 | 1.0000 |
| 40 East 52nd Street, 4th Floor | BANK | 11/1/2006 | SELL | 250,000 | 0.6800 |
| New York, NY 10022 | BANK | 9/12/2006 | BUY | 1,250,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 250,000 | 0.6800 |
| | BANK | 9/12/2006 | BUY | 1,500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 300,000 | 0.6800 |

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **BLACKROCK ADVISORS (CONTINUED)** | BANK | 9/12/2006 | BUY | 1,500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 400,000 | 0.6800 |
| | BANK | 9/12/2006 | BUY | 1,500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 325,000 | 0.6800 |
| | BANK | 9/12/2006 | BUY | 1,500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 400,000 | 0.6800 |
| | BANK | 2/6/2007 | SELL | 1,100,000 | 0.6000 |
| | BANK | 9/12/2006 | BUY | 1,500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 400,000 | 0.6800 |
| | BANK | 1/16/2007 | SELL | 1,100,000 | 0.4700 |
| | BANK | 9/12/2006 | BUY | 1,250,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 275,000 | 0.6800 |
| | BANK | 9/12/2006 | BUY | 1,250,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 200,000 | 0.6800 |
| | BANK | 9/12/2006 | BUY | 500,000 | 1.0000 |
| | BANK | 11/1/2006 | SELL | 200,000 | 0.6800 |
| | TOTAL BANK | | | 7,800,000 | |
| **BOND STREET CAPITAL, LLC** <br> 700 Palisade Avenue <br> Englewood Cliffs, NJ 07632 | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| | BANK | 11/1/2006 | BUY | 3,000,000 | 0.6700 |
| | BANK | 11/1/2006 | BUY | 2,000,000 | 0.6500 |
| | BANK | 11/1/2006 | BUY | 5,000,000 | 0.6800 |
| | BANK | 11/2/2006 | BUY | 5,000,000 | 0.3025 |
| | BANK | 11/2/2006 | BUY | 2,500,000 | 0.4200 |
| | TOTAL BANK | | | 17,500,000 | |
| **DEUTSCHE BANK SECURITIES, INC.** <br> 60 Wall Street <br> New York, NY 10005 | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| | BANK | 11/1/2006 | BUY | 2,000,000 | 0.3800 |
| | BANK | 11/1/2006 | BUY | 1,000,000 | 0.3050 |
| | BANK | 11/1/2006 | BUY | 1,000,000 | 0.3100 |
| | BANK | 11/1/2006 | BUY | 2,000,000 | 0.4500 |

2

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| DEUTSCHE BANK SECURITIES, INC. (CONTINUED) | BANK | 11/1/2006 | BUY | 3,000,000 | 0.3100 |
| | BANK | 11/1/2006 | SELL | 500,000 | 0.3500 |
| | BANK | 11/1/2006 | SELL | 2,000,000 | 0.3400 |
| | BANK | 11/1/2006 | SELL | 2,000,000 | 0.3500 |
| | BANK | 11/1/2006 | SELL | 1,000,000 | 0.3300 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.5200 |
| | BANK | 11/2/2006 | BUY | 5,000,000 | 0.2300 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.3800 |
| | BANK | 11/2/2006 | BUY | 5,000,000 | 0.2900 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.5000 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.5100 |
| | BANK | 11/2/2006 | SELL | 2,500,000 | 0.4200 |
| | BANK | 11/2/2006 | SELL | 500,000 | 0.2400 |
| | BANK | 11/2/2006 | SELL | 2,000,000 | 0.5300 |
| | BANK | 11/2/2006 | SELL | 2,000,000 | 0.2500 |
| | BANK | 11/2/2006 | SELL | 1,000,000 | 0.5300 |
| | BANK | 11/2/2006 | SELL | 2,000,000 | 0.4500 |
| | BANK | 11/6/2006 | SELL | 6,500,000 | 0.4300 |
| | BANK | 11/7/2006 | BUY | 2,000,000 | 0.4800 |
| | BANK | 11/7/2006 | BUY | 1,000,000 | 0.4900 |
| | BANK | 11/7/2006 | SELL | 4,500,000 | 0.4925 |
| | BANK | 11/7/2006 | SELL | 2,000,000 | 0.4900 |
| | BANK | 11/13/2006 | BUY | 5,000,000 | 0.4450 |
| | BANK | 11/13/2006 | SELL | 5,000,000 | 0.4500 |
| | BANK | 11/16/2006 | SELL | 1,500,000 | 0.4300 |
| | BANK | 11/30/2006 | BUY | 2,000,000 | 0.4300 |
| | BANK | 12/14/2006 | SELL | 1,000,000 | 0.4000 |
| | TOTAL BANK | | | 1,000,000 | |

3

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **HARBINGER CAPITAL PARTNERS** 555 Madison Avenue, 16th Floor New York, NY 10022 | BANK | 11/01/06 | BUY | 12,500,000 | 0.7500 |
| | BANK | 11/01/06 | BUY | 5,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 6,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.6900 |
| | BANK | 11/01/06 | BUY | 1,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.6800 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.6950 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 2,000,000 | 0.7000 |
| | BANK | 11/01/06 | BUY | 5,000,000 | 0.3000 |
| | BANK | 11/02/06 | BUY | 3,000,000 | 0.2400 |
| | BANK | 11/02/06 | BUY | 2,000,000 | 0.2700 |
| | BANK | 11/02/06 | BUY | 2,000,000 | 0.2800 |
| | BANK | 11/02/06 | BUY | 7,000,000 | 0.3000 |
| | BANK | 11/02/06 | BUY | 2,000,000 | 0.3100 |
| | BANK | 11/02/06 | BUY | 2,000,000 | 0.3200 |
| | BANK | 11/03/06 | BUY | 2,000,000 | 0.3600 |
| | BANK | 11/03/06 | BUY | 2,000,000 | 0.3800 |
| | BANK | 11/03/06 | BUY | 1,000,000 | 0.4100 |
| | BANK | 11/03/06 | BUY | 5,000,000 | 0.4350 |

4

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| HARBINGER CAPITAL PARTNERS (CONTINUED) | BANK | 11/03/06 | BUY | 3,000,000 | 0.4300 |
| | BANK | 11/03/06 | BUY | 1,000,000 | 0.3800 |
| | BANK | 11/06/06 | BUY | 3,000,000 | 0.4350 |
| | BANK | 11/06/06 | BUY | 6,500,000 | 0.4300 |
| | BANK | 11/08/06 | BUY | 3,000,000 | 0.4300 |
| | BANK | 11/13/06 | BUY | 2,000,000 | 0.4600 |
| | BANK | 11/13/06 | BUY | 5,000,000 | 0.4500 |
| | BANK | 11/3/06 | | 650,000 | 0.4100 |
| | TOTAL BANK | | | 93,000,000 | |
| | NOTES | 11/1/06 | BUY | 15,975,000 | 0.7500 |
| | NOTES | 11/1/06 | BUY | 11,120,000 | 0.7000 |
| | NOTES | 11/1/06 | BUY | 15,000,000 | 0.6500 |
| | NOTES | 11/1/06 | BUY | 12,870,000 | 0.4100 |
| | NOTES | 11/1/06 | BUY | 1,000,000 | 0.3000 |
| | NOTES | 11/1/06 | BUY | 2,000,000 | 0.3100 |
| | NOTES | 11/1/06 | BUY | 9,590,000 | 0.2800 |
| | NOTES | 11/1/06 | BUY | 2,000,000 | 0.2400 |
| | NOTES | 11/1/06 | BUY | 1,000,000 | 0.2200 |
| | NOTES | 11/3/06 | BUY | 2,000,000 | 0.0900 |
| | NOTES | 11/3/06 | BUY | 2,000,000 | 0.0900 |
| | NOTES | 11/3/06 | BUY | 2,000,000 | 0.0950 |
| | NOTES | 11/21/06 | SELL | 6,555,000 | 0.129375 |
| | TOTAL NOTES | | | 70,000,000 | |

5

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **LATIGO PARTNERS, L.P.** 590 Madison Avenue, 9th Floor New York, NY 10022 | BANK | 11/10/2006 | BUY | 2,275,000 | 0.4400 |
| | BANK | 1/10/2007 | BUY | 3,250,000 | 0.4525 |
| | BANK | 11/10/2006 | BUY | 2,000,000 | 0.4400 |
| | BANK | 11/10/2006 | BUY | 1,984,850 | 0.4400 |
| | BANK | 1/10/2007 | BUY | 1,980,000 | 0.4525 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.3300 |
| | BANK | 11/6/2006 | BUY | 2,000,000 | 0.4700 |
| | BANK | 1/9/2007 | BUY | 2,000,000 | 0.4375 |
| | BANK | 2/13/2007 | BUY | 2,000,000 | 0.6000 |
| | BANK | 3/14/2007 | BUY | 2,000,000 | 0.66375 |
| | **TOTAL BANK** | | | **21,489,850** | |
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **ORE HILL PARTNERS LLC** 650 Fifth Avenue, 9th Floor New York, NY 10019 | BANK | 11/1/2006 | BUY | 1,500,000 | 0.3600 |
| | BANK | 11/2/2006 | SELL | 2,000,000 | 0.5400 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.5450 |
| | BANK | 11/6/2006 | BUY | 2,000,000 | 0.4700 |
| | BANK | 11/1/2006 | BUY | 2,000,000 | 0.3500 |
| | BANK | 11/2/2006 | BUY | 2,000,000 | 0.3300 |
| | BANK | 11/2/2006 | BUY | 1,500,000 | 0.4800 |
| | BANK | 11/13/2006 | SELL | 2,000,000 | 0.4550 |
| | BANK | 11/28/2006 | SELL | 1,500,000 | 0.4200 |
| | BANK | 11/30/2006 | SELL | 2,000,000 | 0.4300 |

| COMMITTEE MEMBER NAME AND ADDRESS | CLAIM INFORMATION | | | | |
|---|---|---|---|---|---|
| | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| **ORE HILL PARTNERS LLC (CONTINUED)** | BANK | 1/25/2007 | SELL | 1,500,000 | 0.5150 |
| | BANK | 2/2/2007 | SELL | 1,500,000 | 0.5700 |
| | BANK | 11/1/2006 | BUY | 1,500,000 | 0.3600 |
| | TOTAL BANK | | | 500,000 | |
| **RZB FINANCE LLC** 1133 Avenue of the Americas New York, NY 10036 | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| | BANK | 9/20/2006 | BUY | 1,000,000 | 1.000 |
| | BANK | 9/20/2006 | BUY | 650,000 | 1.000 |
| | TOTAL BANK | | | 1,650,000 | |
| **SCHULTZE ASSET MANAGEMENT, LLC** 3000 Westchester Avenue Purchase, NY 10577 | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| | BANK | 11/2/2006 | BUY | 200,000 | 0.3633 |
| | BANK | 11/2/2006 | BUY | 133,000 | 0.5300 |
| | BANK | 11/2/2006 | BUY | 2,800,000 | 0.3633 |
| | BANK | 11/2/2006 | BUY | 1,867,000 | 0.5300 |
| | TOTAL BANK | | | 5,000,000 | |
| **WHITE HORSE CAPITAL PARTNERS, L.P.** 200 Crescent Court, Suite 1414 Dallas, TX 75201 | Debt Type | Trade Date | Activity | Face Amount ($) | Price (per $) |
| | BANK | 9/8/2006 | BUY | 2,000,000 | 1.0000 |
| | BANK | 11/27/2006 | SELL | 1,000,000 | 0.4200 |
| | BANK | 9/8/2006 | BUY | 2,000,000 | 1.0000 |
| | BANK | 11/27/2006 | SELL | 1,000,000 | 0.4200 |
| | BANK | 9/8/2006 | BUY | 2,500,000 | 1.0000 |
| | BANK | 11/27/2006 | SELL | 1,000,000 | 0.4200 |
| | TOTAL BANK | | | 3,500,000 | |

7

# 8162378



ROBERT J. STARK
direct dial: (212) 209-4862
rstark@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

November 20, 2006

To: Members of *Ad Hoc* Committee of Le-Nature's, Inc. Secured Lenders·

Re:    In re Le-Nature's, Inc. - Terms of Engagement

Ladies and Gentlemen:

We are pleased that you have engaged Brown Rudnick Berlack Israels LLP ("Brown Rudnick") in your capacity as members of an *ad hoc* committee of secured lenders of Le-Nature's, Inc. (the "*Ad Hoc* Committee"). This letter is intended to set forth the basis on which Brown Rudnick will provide legal services to the *Ad Hoc* Committee, the scope of such services and the terms on which we will perform them.

*Scope of Engagement.*

We have agreed to represent the *Ad Hoc* Committee, as of November 10, 2006 (the "Effective Date"), in connection with its members' (the "Members") interests as secured bank debt holders of Le-Nature's, Inc. ("Le-Nature's"). It is presently contemplated that this engagement shall include representation of the *Ad Hoc* Committee in the Le-Nature's bankruptcy proceedings and in any litigation commenced by the *Ad Hoc* Committee arising from their holdings of Le-Nature's bank debt. It is understood that, in connection with this engagement, Brown Rudnick will represent the *Ad Hoc* Committee as a whole, and not any of its individual Members, which such individual Members may retain individual counsel, in their discretion.

*Primary Responsibility/Staffing.*

Edward Weisfelner and I will be the attorneys principally responsible for your representation, but we will be assisted on a day-to-day basis by our partners William Dolan and Andrew Dash. From time to time, Mr. Weisfelner or I may ask other Brown Rudnick attorneys and paralegals to assist us as necessary to meet our agreed upon objectives, or to take advantage of special expertise. If, at any time, you have questions, concerns, or criticism concerning our staffing or performance, please contact Mr. Weisfelner or me at once. We will determine which attorneys or paralegals to assign to various tasks so that each attorney's and paralegal's expertise and experience will be at the level most appropriate for the particular task.

*Fees and Expenses.*

Fees for our services will be based on the time expended by each attorney and paralegal (including personnel we may temporarily engage) on your matter, multiplied by that lawyer's or paralegal's hourly rate. Each attorney and paralegal is assigned a particular hourly rate determined generally by the experience of such attorney or paralegal and the level of expertise in a particular field of law. Currently, our hourly rates for partners vary from $505 to $870, for associates from $215 to $540, and for paralegals from $175 to $255. Other staff hourly rates



range from $100 to $225. Mr. Weisfelner's current hourly rate is $870, and my current hourly rate is $635. These hourly rates are subject to change on a periodic basis, usually in September of each year. Brown Rudnick will send you reasonable notices of adjustments in hourly rates before they occur. Enclosed is a list of some of the more common expenses and the basis on which we will bill you for them.

We will bill you for all reasonable costs and expenses we incur on your behalf during the course of the engagement. We reserve the right to bill you in advance for reasonable costs and expenses to be incurred on your behalf, and we reserve the right to defer performing legal services on your behalf until receipt of these funds. In the event we believe it necessary to retain additional counsel in order to properly execute this engagement, including, without limitation, local Pennsylvania counsel, we will obtain your prior consent to same and, thereafter, will include fees and expenses related to such retention as an expense line item (with detailed backup) on our invoices to you, although it is understood that the responsibility for such invoices shall be borne by the *Ad Hoc* Committee (not Brown Rudnick), and the *Ad Hoc* Committee will be the client (not Brown Rudnick) for all such engagements. Brown Rudnick agrees to take reasonable actions under the Bankruptcy Code and applicable law to have its fees, costs and expenses paid and/or reimbursed, as applicable, by Le-Nature's bankruptcy estate and/or other parties, and to the extent successful will reimburse you for any fees, costs and expenses which you have paid to Brown Rudnick in respect of this engagement, either in full or on a pro rata basis, as applicable.

In order to apportion its hourly fees and expenses among the Members, Brown Rudnick will divide the full amount of each invoice among the Members on a pro rata basis determined by each Member's pro rata percentage of all bank debt which we have been advised are owned by the Members ("Pro Rata Share") as of close of business on November 15, 2006, subject to monthly adjustments, as specifically set forth below. If any Member withdraws from the *Ad Hoc* Committee or fails to pay its share of fees and expenses, the remaining Members' share of Brown Rudnick's fees and expenses shall be recalculated to ensure that the remaining Members are responsible for the full amount of Brown Rudnick's fees and expenses.

By the tenth day of each month hereafter, each Member will advise Brown Rudnick the amount of its bank debt holdings as of the first of the month. Brown Rudnick will use such updated holdings information to recalculate each Member's Pro Rata Share for that month. Brown Rudnick's invoice for that month will be apportioned to each Members in accordance with that month's updated Pro Rata Share.

We ask that the Members deposit with us their Pro Rata Share of an up-front $100,000 retainer (the "Retainer"). The Retainer will be deposited and serve as security for the payment of any future invoices.

Our bills to you will be rendered not more often than every two weeks and not less often than every thirty (30) days. We will charge the Retainer five (5) days after the date of any invoice.



Whenever possible, we will provide you with an estimate of our fees and disbursements that you may incur, based on our best judgment. Such estimates, however, are by their nature inexact and are not intended to be binding upon Brown Rudnick.

### *Conflict of Interest and Waiver.*

Nothing contained herein shall prevent any Member from withdrawing from the *Ad Hoc* Committee at any time, or from discontinuing its affiliation with the *Ad Hoc* Committee, subject only to fulfillment of such Member's funding obligation as set forth herein up through the effective date of such withdrawal. In the event of any withdrawals or if new Members join the *Ad Hoc* Committee or existing Members change the amount of their bank debt holdings, Brown Rudnick shall recalculate the percentages applicable to Members based on the above-described formula. New Members will be responsible for monthly Pro Rata Shares retroactive to the commencement of Brown Rudnick's engagement and will be required to make an initial payment in an amount necessary to fund their Pro Rata Share of Brown Rudnick invoices rendered prior to the new Member joining the *Ad Hoc* Committee (the "Catch-Up Payment"); provided, however, that a new Member shall not be required to make a Catch-Up Payment respecting bank debt acquired from a pre-existing Member that is current on its obligations under this Agreement respecting such debt. Brown Rudnick will remit all Catch-Up Payments to the Members in accordance with their monthly Pro Rata Shares.

Similar to this engagement, Brown Rudnick is frequently engaged by various parties in commercial lending; insolvency; debt and capital restructuring; trading bank debt, trade claims and other types of obligations; bankruptcy, or creditors' rights matters and litigations concerning such matters, including representing committees (both ad hoc and official) of bondholders, unsecured creditors, equity holders and others (collectively, the "Other Parties"). This letter will confirm our mutual agreement that Brown Rudnick may represent Other Parties, whether or not on a basis adverse to the *Ad Hoc* Committee or any Member (including, without limitation, as any Member may be an agent or a lender in a syndicate of lenders), in pre-existing matters unrelated to this engagement. The *Ad Hoc* Committee and each Member agrees that it will not assert that Brown Rudnick's representation of the *Ad Hoc* Committee as a basis for disqualifying Brown Rudnick from representing Other Parties in pre-existing matters unrelated to this engagement, and agrees that such representation does not constitute a breach of duty. Subject to Brown Rudnick's adherence to its agreement not to disclose any confidential information or use confidential information for another party's benefit without a Member's consent, each Member will not for itself or any other parties assert that Brown Rudnick's possession of such information is a basis for disqualifying Brown Rudnick from representing Other Parties in matters unrelated to this engagement, or constitutes a breach of any duty owed by Brown Rudnick. Whenever the rules of ethical conduct to which Brown Rudnick is bound require a conflict waiver of the *Ad Hoc* Committee, this letter will constitute such a waiver as to matters pre-existing on the Effective Date. No conflict waiver shall be deemed to have been granted as to future matters, although each Member agrees that if such a waiver is later requested, that its consent to same will not be unreasonably withheld.

Brown Rudnick is also frequently engaged by various parties that buy and sell bank debt ("distressed" and "par/near par") as well as debt instruments of various kinds (collectively, "Other Debt-Trading Clients"). This letter confirms our mutual agreement that Brown Rudnick



may represent Other Debt-Trading Clients in such activities, whether or not any Member may be in the chain of title with respect to any particular subject indebtedness ("upstream" or "downstream"). The *Ad Hoc* Committee and each Member agrees: (i) that it will not, on its own behalf or for any fund or other person or entity, assert Brown Rudnick's representation of the *Ad Hoc* Committee as a basis for disqualifying Brown Rudnick from representing Other Debt-Trading Clients, and (ii) that such representation, in and of itself, does not constitute a breach of duty.

*Other Issues.*

Subject to ethical rules by which we are bound, we reserve the right to withdraw from the engagement described in this letter at any time, but barring unusual circumstances we will discuss such withdrawal with you before doing so and expect to do so only if there are good reasons for such withdrawal, such as non-payment of fees, significant differences between our professional judgment and your judgment, or concerns which may arise under the ethical rules by which we are bound. Notwithstanding the above, it is expressly understood and acknowledged that Brown Rudnick may withdraw from this engagement if its fees and expenses are not paid in accordance with the terms of this letter. In the event Brown Rudnick withdraws from this engagement, we will have no obligation to find replacement counsel, although Brown Rudnick will reasonably cooperate with any replacement counsel.

Brown Rudnick can provide communications in various modes, depending upon your requirements. In addition to the telephone and fax numbers listed on our letterhead, each attorney has an electronic mail address. It may be accessed from mail accounts on the Internet and other electronic networks. These communication services, including fax, are used with your understanding that while our firm will use appropriate measures to protect client confidentiality, these mediums may be subject to security risks. Should you not wish our firm to use any of the above methods, you agree to immediately advise us of such in writing, and our firm will use the communications services you specify. We will prepare a contact list of all Members and Brown Rudnick professionals working on this engagement and distribute such list to you.

At the end of the engagement, our policy is to return to you the originals of all documents and other materials that you might have supplied to us. Our policy is to destroy client files at various times after the completion of matters, normally after two (2) years, unless otherwise notified by you.

[REMAINDER    OF    THE    PAGE    INTENTIONALLY    LEFT    BLANK]



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

BANK:              EASTERN BANK
ABA:               011301798
CITY:              LYNN
STATE:             MASSACHUSETTS
ACCOUNT #:         600242556
ACCOUNT NAME:      BROWN RUDNICK BERLACK ISRAELS
                   LLP CLIENT TRUST FUND
ATTORNEY NAME: Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: RZB Finance LLC

By _____
   Name:   JOHN A. VALISKA          DAN DOBRJANSKYJ
   Title:  First Vice President     VICE PRESIDENT

Dated: 2/9/07

$1,650,000.⁰⁰/₁₀₀
Bank Debt Holdings (Face Amount in USD)

DEC 05 2006 10:54 AM FR DEUTSCHE BANK    212 797 4440 TO 912129382862    P.08



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

|  |  |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _____

By: _____

    Name: SCOTT MARTIN
    Title: MANAGING DIRECTOR

Dated: 12/4/06

$2 million
_____
Bank Debt Holdings (Face Amount in USD)

** TOTAL PAGE.08 **



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
        Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: *LA-TICO PARTNERS, L.P.*

By: _____

Name: *PAUL MACK*
Title: *Le Natures*

Dated: *11/29/01*

_____
*$10 million*
Bank Debt Holdings (Face Amount in USD)

If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

|  |  |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

**BROWN RUDNICK BERLACK ISRAELS LLP**

By:_____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member:   Harbinger Capital Partners Master Fund I, Ltd.

By: Harbinger Capital Partners Offshore Manager, L.L.C., as investment manager

By:_____
    Name:     Philip A. Falcone
    Title:     Senior Managing Director

Dated: November 21, 2006

$93,000,000.00
_____
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Robert J. Stark

CONSENTED AND AGREED TO:

AURELIUS CAPITAL MANAGEMENT, LP, for itself and its
Name of Member: managed funds

By: _____
Name: Mark D. Brodsky, Chairman
Title:
Dated: November 30, 2006

$16.5MM
_____
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Schultze Asset Management, LLC_
_(on behalf of various client accounts.)_

By: _____
Name: _George Schultze_
Title: _Managing Member_

Dated: _11/27/06_

_$5.0 million_
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | .011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Whitehouse Capital Partners, L.P.___

By: _____
Name:
Title:

Dated: _11/21/06___

_$6.5mm_
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
        Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: Bond Street Capital, LLC/
                            VBS W.80V Fund, LLC

By: _____
        Name: Nicholas DeLeonardis
        Title: Authorized Signatory

Dated: 11/21/06

        17,500,000
_____
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____

Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Senior Loan Portfolio_

By: _____

Name:
Title:  Philip J. Brendel
        Authorized Signatory

Dated: 12/4/06

$300,000.00

Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: *Missouri State Employees' Retirement System*

By: _____

Name: _____ Philip J. Brendel
Title: _____ Authorized Signatory

Dated: 12/4/06

975,000.00

Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

BANK:            EASTERN BANK
ABA:             011301798
CITY:            LYNN
STATE:           MASSACHUSETTS
ACCOUNT #:       600242556
ACCOUNT NAME:    BROWN RUDNICK BERLACK ISRAELS
                 LLP CLIENT TRUST FUND
ATTORNEY NAME: Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
     Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Magnetite VCLO, Limited_

By: _____
Name:        Philip J. Brendel
Title:       Authorized Signatory

Dated: _12/4/06_

$ _1,050,000.00_
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
        Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Magnetite IV CLO, Limited_

By: _____
        Name:
        Title:        Philip J. Brendel
                      Authorized Signatory

Dated: _12/4/06_

_$ 1,100,000 00_
Bank Debt Holdings (Face Amount in USD)

Dec-04-06  09:23pm  From-BLACKROCK HIGH YIELD          +2127548756         T-964  P.05/10  F-026



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

BANK:            EASTERN BANK
ABA:             011301798
CITY:            LYNN
STATE:           MASSACHUSETTS
ACCOUNT #:       600242556
ACCOUNT NAME:    BROWN RUDNICK BERLACK ISRAELS
                 LLP CLIENT TRUST FUND
ATTORNEY NAME:   Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Granite Finance Limited_

By: _____
    Name: _____
    Title: _____      Philip J. Brendel
                                           Authorized Signatory

Dated: _12/4/06_

_$100,000.00_
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter.  This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members.  Our wire instructions are as follows:

BANK:              EASTERN BANK
ABA:               011301798
CITY:              LYNN
STATE:             MASSACHUSETTS
ACCOUNT #:         600242556
ACCOUNT NAME:      BROWN RUDNICK BERLACK ISRAELS
                   LLP CLIENT TRUST FUND
ATTORNEY NAME:     Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me.  We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Black Rock Senior Income Series III_

By: _____

Name:       Philip J. Bredel
Title:      Authorized Signatory

Dated: __12/4/06__

$ _1,175,000.00_
Bank Debt Holdings (Face Amount in USD)

Dec-04-06  06:23pm   From-BLACKROCK HIGH YIELD              +2127548756         T-864  P.07/10  F-026



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

BANK:            EASTERN BANK
ABA:             011301798
CITY:            LYNN
STATE:           MASSACHUSETTS
ACCOUNT #:       600242356
ACCOUNT NAME:    BROWN RUDNICK BERLACK ISRAELS
                 LLP CLIENT TRUST FUND
ATTORNEY NAME: Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
        Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Black Rock Snr Fixme Svies II_

By: _____
Name:       Philip J. Brendel
Title:      Authorized Signatory

Dated: _12/4/06_

_$/ 100 000.00_
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

| | |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
        Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Black Rock Senior Income Series_

By: _____

        Name: Philip J. Breudel
        Title: Authorized Signatory

Dated: _12/4/06_

_1,200,000._
Bank Debt Holdings (Face Amount in USD)

Dec-04-06  08:24pm   From-BLACKROCK HIGH YIELD          +2127548756          T-954  P.09/10  F-026



    If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter.  This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members.  Our wire instructions are as follows:

|  |  |
|---|---|
| BANK: | EASTERN BANK |
| ABA: | 011301798 |
| CITY: | LYNN |
| STATE: | MASSACHUSETTS |
| ACCOUNT #: | 600242556 |
| ACCOUNT NAME: | BROWN RUDNICK BERLACK ISRAELS |
|  | LLP CLIENT TRUST FUND |
| ATTORNEY NAME: | Edward S. Weisfelner/Le-Nature's |

    If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me.  We look forward to representing you and are pleased that you have chosen us to do so.

                                Very truly yours,

                                BROWN RUDNICK BERLACK ISRAELS LLP

                                By: _____
                                     Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Black Rock Limited Duration Trust_

By: _____
    Name:          Philip Y. Brendel
    Title:          Authorized Signatory

Dated: _12/4/06_____

*1,000,000.00/
Bank Debt Holdings (Face Amount in USD)



If the foregoing correctly reflects our understanding, please sign, date, and return to me the enclosed copy of this letter. This agreement shall become effective upon our receipt of signed counterparts hereof from each of the Members. Our wire instructions are as follows:

BANK:              EASTERN BANK
ABA:               011301798
CITY:              LYNN
STATE:             MASSACHUSETTS
ACCOUNT #:         600242556
ACCOUNT NAME:      BROWN RUDNICK BERLACK ISRAELS
                   LLP CLIENT TRUST FUND
ATTORNEY NAME:     Edward S. Weisfelner/Le-Nature's

If you have any questions regarding this engagement letter or any aspects of our representation, please do not hesitate to call me. We look forward to representing you and are pleased that you have chosen us to do so.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
    Robert J. Stark

CONSENTED AND AGREED TO:

Name of Member: _Black Rock Global Floating Rate Income Trust_

By: _____

Name:                    Philip I. Brendel          Philip I. Brendel
Title:                   Authorized Signatory        Authorized Signatory

Dated: __12/4/06__

$ _1,000,000.00_
Bank Debt Holdings (Face Amount in USD)



| **BROWN RUDNICK BERLACK ISRAELS** LLP<br>*Schedule of Disbursement Charges* | |
|---|---|
| **TYPE** | **RATE** |
| Photocopying or Laser Printing<br>Oversized/Color Copies or Color Laser<br>Printing | 25¢ per page<br>$1.25 per page |
| Telecopy | $2.00 per page |
| Binding | $3.00<br>11¢ per tab<br>20¢ per pocket |
| Federal Express | $30.00  minimum |
| Secretarial Overtime | $60.00  per hour for time and one half<br>$80.00  per hour for double time |
| Paralegal Overtime | $30.00  per hour for time and one half<br>$40.00  per hour for double time |
| Document Production Services | $50.00  per hour |
| Imaging Costs | **Electronic Binder:**<br>Document Imaging 29¢ per page<br>Document Indexing $1.75 per bookmark<br>Oversized Documents $1.80 per document<br>Master CD $60.00<br>Additional Copies $30.00 each<br><br>**Summation:**<br>Single TIF imaging 11¢ each<br>Single TIF OCR 3¢ each<br>TIF to PDF conversion 5¢ each |
| Mileage Allowances | 44.5¢ per mile |
| Outgoing Long Distance Telephone | 34¢ per minute |
| Lexis/Westlaw or other document retrieval | Usage Charge as assessed by Service Provider[1] |
| Messenger Services | $20 minimum |
| Postage | Actual Cost |
| Taxi Services | Actual Cost |
| Supplies | Actual Cost |
| Food Services | Actual Cost |
| Travel Expenses | Actual Cost |
| Corporate Watch and Profile Services | **News Watch email alerts:**<br>Weekly @ $50 per week; Daily @ $45 per day<br>**New Corporate Profile Web Page:**<br>$300 one time setup<br>**Corporate Profile Page Maintenance:**<br>$115 per monthly update |

---

[1] The Firm may benefit from a different, bulk pricing formula.

# MANION McDONOUGH & LUCAS, P.C.
## ATTORNEYS AT LAW

600 GRANT STREET
SUITE 1414
PITTSBURGH, PENNSYLVANIA 15219-2702

(412) 232-0300
———
FAX (412) 232-0302

November 22, 2006

Robert J. Stark, Esquire
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036

Re:     Le-Nature's, Inc.: Engagement Letter - Manion McDonough & Lucas, P.C.

Dear Mr. Stark:

In accordance with our standard practice for retention by new clients, this letter will confirm the terms on which we have agreed to undertake representation as co-counsel to the ad hoc committee of secured lenders of Le-Nature's, Inc., the members of which are listed on Exhibit A as of the date of this letter (the "Ad Hoc Committee"):

1.     We have been engaged to represent the *Ad Hoc* Committee as co-counsel with Brown Rudnick Berlack Israels LLP ("Brown Rudnick") in the bankruptcy case of Le-Nature's, Inc. pending in the United States Bankruptcy Court for the Western District of Pennsylvania and related matters. We are being retained as Pennsylvania counsel as contemplated in the Terms of Engagement of Brown Rudnick dated November 20, 2006, and the retention of our Firm has been approved by the members of the *Ad Hoc* Committee. It is presently contemplated that this engagement shall include representation of the *Ad Hoc* Committee in the Le-Nature's bankruptcy proceedings and in any litigation commenced by the *Ad Hoc* Committee arising from their holdings of Le-Nature's bank debt. The *Ad Hoc* Committee will be our client and is responsible for payment of our fees and expenses. We understand that this engagement does not establish an attorney-client relationship between us and Brown Rudnick and that Brown Rudnick is not responsible for payment of our invoices. It is understood that, in connection with this engagement, we will represent the *Ad Hoc* Committee as a whole, and not any of its individual Members, which such individual Members may retain individual counsel, in their discretion.

2.     Our charges for legal services provided to the *Ad Hoc* Committee will be based upon an hourly rate. The services required will be provided by me and other attorneys of our Firm who practice in the bankruptcy area, assisted, if and when appropriate, by other members of our Firm. My current hourly rate is $350 an hour and the hourly rate of other members of our Firm range between $225 and $425 an hour. The hourly rate for our paralegals is $98 an hour. Rates are subject to adjustment from time to time (usually annually).

MANION MCDONOUGH & LUCAS, P.C.
November 22, 2006
Page 2

3.    Our standard policy for clients on matters such as this requires an advance payment of a $50,000 retainer. Invoices for services rendered by us will be forwarded monthly to Brown Rudnick for inclusion on the bills and statements sent to the *Ad Hoc* Committee by Brown Rudnick and are payable by the *Ad Hoc* Committee in full within 30 days of receipt in accordance with each members' pro rata share as determined in accordance with the Brown Rudnick Terms of Engagement dated November 20, 2006. (Obviously, the *Ad Hoc* Committee is not in any manner precluded from asking questions or seeking adjustments on an invoice if appropriate). At the conclusion of our engagement, the $50,000 retainer will be subtracted from a final bill with a corresponding invoice or a refund (depending upon the amount of the final bill).

4.    In addition to charges for legal services, we will charge for expenses relating to photocopying, litigation filing fees (if any), travel expenses, delivery charges and telephone and fax charges. It is our policy to charge for individual items such as postage, telephone calls, etc. only to the extent that they exceed $2 per item.

5.    The provisions of the Brown Rudnick Terms of Engagement relating to "Conflict of Interest and Waiver" and "Other Issues" are applicable to the engagement of our Firm as well, except to the extent they relate to functions not being performed by our Firm (e.g., collection and remittance of Catch-Up Payments).

Assuming the above meets with your approval, please have this retention letter singed by Brown Rudnick in its representative capacity under the Brown Rudnick Terms of Engagement and return it to me. Our wire instructions for the payment of the retainer are:

> Manion McDonough & Lucas, P.C.
> ABA # 043000096
> PNC Bank
> US Steel Tower, Pittsburgh, PA 15219
> Account # 2712677
> Att: Diane (412) 232-0200

This agreement shall become effective upon our receipt of a signed copy of the letter and our receipt of the retainer.

Very truly yours,

MANION McDONOUGH & LUCAS, P.C.

By: _____
    James G. McLean

JGM:kp

**MANION McDONOUGH & LUCAS, P.C.**
November 22, 2006
Page 3


APPROVED:


cc: Members of *Ad Hoc* Committee of Le-Nature's, Inc. Secured Lenders

<u>Exhibit A</u>
<u>Members of the Ad Hoc Committee of Le-Nature's, Inc. Secured Lenders</u>

| | |
|---|---|
| Aurelius Capital Management, LP<br>53 Forest Avenue, Suite 202<br>Old Greenwich, CT 06870 | Luc Dowling<br>Email: mbrodsky@aurelius-capital.com<br><br>Mark Brodsky<br>Email: mbrodsky@aurelius-capital.com |
| Blackrock Advisors<br>40 East 52nd Street, 4th Floor<br>New York, NYU 10022 | Mark Williams<br>Email:mark.williams@blackrock.com<br><br>Phil Brendel<br>Email:philip.brendel@blackrock.com |
| Bond Street Capital, LLC<br>700 Palisade Avenue<br>Englewood Cliffs, NJ 07632 | Nick DeLeonardis<br>Email:nd@bondstreetcap.com |
| The Carlyle Group<br>520 Madison Avenue, 41st Floor<br>New York, NY 10022 | Vivek Bommi<br>Email:vivek.bommi@carlyle.com<br><br>Jeffrey Ferguson<br>Email:jeffrey.ferguson@carlyle.com |
| Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, NY 10005 | Mayur Lakhani<br>Email:mayur.lakhani@db.com<br><br>Matt Doheny<br>Email: matthew.doheny@db.com<br><br>C.J. Lanktree<br>Email:charles.j.lanktree@db.com |
| Goldentree Asset Management LLC<br>300 Park Avenue, 25th<br>New York, NY 10022 | Noah Charney<br>Email: ncharney@goldentree.com |
| Harbinger Capital Partners<br>555 Madison Avenue, 16th Floor<br>New York, NY 10022 | Scott Tillman<br>Email:stillman@harbingercap.net<br><br>Jeff Kirshner<br>Email: jkirshner@harbingercap.net<br><br>Philip Falcone<br>Email: pfalcone@harbingercap.net |

| | |
|---|---|
| Latigo Partners, L.P.<br>590 Madison Avenue, 9th Floor<br>New York, NY 10022 | Stephen Blauner<br>Email: stephen.blauner@latigopartners.com<br><br>Paul Malek<br>Email: paul.malek@latigopartners.com |
| One East Capital Advisors, L.P.<br>1 East 57th Street, 10th Floor<br>New York, NY 10022 | Sina Toussi<br>Email:sina@oneeastcap.com |
| Ore Hill Partners LLC<br>650 Fifth Avenue, 9th Floor<br>New York, NY 10019 | Claude A. Baum, Esq.<br>Email:cbaum@orehill.com<br><br>Alok Makhija<br>Email:amakhija@orehill.com<br><br>Mathew Van Alstyne<br>Email:mvalstyne@orehill.com |
| QVT Financial L.P.<br>527 Madison Avenue, 8th Floor<br>New York, NY 10022 | Kevin McGoey<br>Email:Kevin.mcgoey@qvt.com |
| Robeco Investment Management<br>909 3rd Avenue<br>New York, NY 10002 | Kevin Ghomashchi<br>Email: Kevin.ghomashchi@robecoinvest.com |
| Schultze Asset Mgmt., LLC<br>3000 Westchester Avenue<br>Purchase, NY 10577 | George J. Schultze<br>Email: schultze@samco.net<br><br>Mark P. Kronfeld<br>Email: mark@samco.net |
| Scoggin Capital Management LP<br>660 Madison Avenue #20<br>New York, NY 10022 | Dev Chodry<br>Email: dchodry@scogcap.com<br><br>Michael Spector<br>Email: mspector@scogcap.com |
| Taconic Capital Partners<br>450 Park Avenue, 9th Floor<br>New York, NY 10022 | Joshua Miller<br>Email: jmiller@taconiccap.com<br><br>Margaret Jones<br>Email: mjones@taconiccap.com |

| White Horse Capital Partners, L.P.<br>200 Crescent Court, Suite 1414<br>Dallas, Texas 75201 | Amy Kennedy Graham<br>Email: amy@whitehorsecap.com |