**DEWEY & LEBOEUF LLP**
Harvey Kurzweil
Richard W. Reinthaler
James P. Smith III
William T. Conway III
Jennifer Opheim Whitener
1301 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 259-8000
Facsimile:   (212) 259-6333

*Attorneys for Defendant Wachovia*
*Capital Markets, LLC*


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HARBINGER CAPITAL PARTNERS MASTER    :
FUND I, LTD., ET AL.,                :
                                     :
                      Plaintiffs,    :    07-CV-08139 (DC)
                                     :
          -*against*-                :    Hon. Denny Chin
                                     :
WACHOVIA CAPITAL MARKETS, LLC D/B/A   :    ELECTRONICALLY FILED
WACHOVIA SECURITIES, ET AL.,         :
                                     :    **Rule 7.1 Statement**
                      Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Wachovia Capital Markets, LLC (a private non-governmental party) hereby notifies this Court that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**Wachovia Corporation**

Dated:  New York, New York
        November 13, 2007

**DEWEY & LEBOEUF LLP**

By: /s/ Harvey Kurzweil_____
    Harvey Kurzweil
    Richard W. Reinthaler
    James P. Smith III
    William T. Conway III
    Jennifer Opheim Whitener
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

*Attorneys for Defendant Wachovia Capital Markets, LLC*

Of Counsel:

**ROBINSON, BRADSHAW & HINSON, P.A.**
Robert W. Fuller (*pro hac vice*)
Katherine G. Maynard (*pro hac vice*)
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
(704) 377-2536