UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD., ET AL.,

      07-CV-08139 (DC)

    Plaintiffs,

      **AFFIDAVIT OF SERVICE**

 *-against-*

WACHOVIA CAPITAL MARKETS, LLC D/B/A
WACHOVIA SECURITIES, ET AL.,

    Defendants.

---------------------------------------------------------- x

STATE OF NEW YORK )
       SS.:
COUNTY OF NEW YORK )

   DEBRA K. SENIOR, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

   On the 13th day of November, 2007, I caused the WACHOVIA CAPITAL MARKET, LLC'S, NOTICE OF MOTION TO DISMISS, AFFIRMATION OF HARVEY KURZWEIL, MEMORANDUM OF LAW IN SUPPORT OF WACHOVIA CAPITAL MARKETS, LLC'S MOTION TO DISMISS ON STANDING AND JURISDICTIONAL GROUNDS, AND RULE 7.1 STATEMENT to be served via Federal Express Overnight Delivery to the parties listed below at their address designated for service of papers to:

     Gregory J. Podlucky
     345 Cobblestone Lane
     Ligonier, PA  15658

Robert Lynn
3187 Route 711 South
Ligonier, PA 15658

*Debra K. Senior*
DEBRA K. SENIOR
Lic. No. 1264305

Sworn to before me this
13th day of November, 2007

*[signature]*
NOTARY PUBLIC

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 29, 2011