UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                Plaintiffs,

-against-

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                Defendants.

07-CV-08139 (DC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE



---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James G. Markey, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   ROBERT O LAMPL

Firm Name: Robert O Lampl

Address: 960 Penn Avenue, Suite 1200

City/State/Zip: Pittsburgh, PA 15222

Tel. No: (412) 392-0330

Fax No: (412) 392-0335

Email Address: rlampl@lampllaw.com

ROBERT O LAMPL is a member in good standing of the Bar of the State of Pennsylvania. There are no disciplinary proceedings against ROBERT O LAMPL in any State or Federal Court. A current Certificate of Good Standing for ROBERT O LAMPL is attached hereto.

Dated: November 5, 2007

Respectfully submitted,

DUANE MORRIS, LLP

By: _____
James G. Markey
Lic. No.2060739

DUANE MORRIS, LLP
1540 Broadway
New York, NY 10036-4086
(212) 692-1086 – phone
(212) 692-1020 - fax

VANESSA HEW
Notary Public, State of New York
No. 02HE6122207
Qualified in New York County
Commission Expires Feb. 7, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC,**

                     Plaintiffs,

      -against-

**WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN,**

                     Defendants.

07-CV-08139 (DC)

**AFFIDAVIT OF JAMES G. MARKEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

**STATE OF NEW YORK  )**
                            **SS.:**
**COUNTY OF NEW YORK )**

James G. Markey, being duly sworn, hereby deposes and says as follows:

      1.     I am a partner with the law firm of Duane Morris, which is not involved in the above-captioned action. I make this statement based upon my personal knowledge

of the facts set forth herein in support of Defendant Gregory J. Podlucky's motion to admit Robert O Lampl as counsel pro hac vice to represent Gregory J. Podlucky in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York since 1994, and am in good standing with this Court.

3. I came into contact with Robert O Lampl through the efforts of George M. Medved, Managing Partner of the Duane Morris, LLP Pittsburgh office, where Mr. Medved has had extensive dealings with Robert O Lampl and speaks well of his skill, experience and integrity.

4. Robert O Lampl has practiced law since 1974, and maintains law offices at 960 Penn Avenue, Suite 1200, Pittsburgh, PA 15222.

5. I believe Robert O Lampl to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robert O Lampl, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Robert O Lampl, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Robert O Lampl, pro hac vice, to represent Defendant Gregory J. Podlucky in the above-captioned matter, be granted.

                                                                                                        _____
                                                                                                        James G. Markey
                                                                                                        Lic. No. 2060739

Sworn to before me this

5th day of November, 2007.

at New York, New York

_____
Notary Public

                                          VANESSA HEW
                               Notary Public, State of New York
                                      No. 02HE6122207
                                 Qualified in New York County
                               Commission Expires Feb. 7, 20 0 8

Case 1:07-cv-08139-DC    Document 36    Filed 11/06/2007    Page 5 of 9



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Robert O. Lampl, Esq.*

#### DATE OF ADMISSION

*October 21, 1974*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 10, 2007

_____
John A. Vaskov, Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC, | 07-CV-08139 (DC) |
|                       Plaintiffs, | |
| -against- | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN, | |
|                       Defendants. | |

---

Upon the motion of James G. Markey, a member in good standing of the Bar of the State of New York and the Bar of the United States District Court for the Southern District of New York, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  ROBERT O LAMPL

    Firm Name:        Robert O Lampl

| | |
|---|---|
| Address: | 960 Penn Avenue, Suite 1200 |
| City/State/Zip: | Pittsburgh, PA 15222 |
| Tel No: | (412) 392-0330 |
| Fax No: | (412) 392-0335 |
| Email Address: | rlampl@lampllaw.com |

is admitted to practice pro hac vice as counsel for Defendant Gregory J. Podlucky in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for a password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2007

New York, New York

_____
The Honorable Denny Chin
United States District Court Judge

## CERTIFICATE OF SERVICE

I, James G. Markey, do hereby certify that on the 5th day of November, 2007, I caused the attached **MOTION TO ADMIT COUNSEL PRO HAC VICE** to be served via First Class Mail to the attorneys listed below at their address designated for service of papers as follows:

Robert S. Loigman
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Robert B. Lynn
3187 Route 711 South
Ligonier, PA 15658

Cary B. Samowitz
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Harvey Kurzweil
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Respectfully submitted,

DUANE MORRIS, LLP

By: _____
James G. Markey
Lic. No. 2060739