SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM;
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES;
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III
PLC; MAGNETITE V. CLO, LIMITED;
BLACKROCK SENIOR LOAN PORTFOLIO;
HARCH CLO II, LTD.; and RZB FINANCE
LLC,

        Plaintiffs,

  -against-

WACHOVIA CAPITAL MARKETS, LLC
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,
and ROBERT LYNN,

        Defendants.

------------------------------------- X


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

Index No. 07-CV-08139 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Cary B. Samowitz, attorney for Defendant, BDO SEIDMAN, LLP, ("**BDO**"), and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that:

MICHAEL S. POULOS
DLA Piper US LLP
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-4075 (Direct telephone)
(312) 251-5806 (Direct fax)

is admitted to practice pro hac vice as counsel for BDO in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/14/07
City, State: NY, NY

United States District/Magistrate Judge

ORIGINAL
SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HARBINGER CAPITAL PARTNERS :
MASTER FUND I, LTD.; AURELIUS
CAPITAL MASTER, LTD.; AURELIUS :
CAPITAL PARTNERS, LP; ARROW
DISTRESSED SECURITIES FUND; :
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW :
FUND, LLC; MISSOURI STATE
EMPLOYEE'S RETIREMENT SYSTEM; :
BLACKROCK GLOBAL FLOATING RATE
INCOME TRUST; BLACKROCK LIMITED :
DURATION LIMITED TRUST;
BLACKROCK SENIOR INCOME SERIES; :    Index No. 07-CV-08139 (DC)
BLACKROCK SENIOR INCOME SERIES II;
BLACKROCK SENIOR INCOME SERIES III :    **MOTION TO ADMIT**
PLC; MAGNETITE V. CLO, LIMITED;         **COUNSEL**
BLACKROCK SENIOR LOAN PORTFOLIO; :
HARCH CLO II, LTD.; and RZB FINANCE     **PRO HAC VICE**
LLC, :

                    Plaintiffs,         :

        -against-                        :

WACHOVIA CAPITAL MARKETS, LLC           :
d/b/a WACHOVIA SECURITIES; BDO
SEIDMAN, LLP, GREGORY J. PODLUCKY,     :
and ROBERT LYNN,

                    Defendants.          :
------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Cary B. Samowitz, a member in good

standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice

of:

*Motion Granted.*

[signature] 11/14/07