SCANNED

UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK

---

HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC,

                         **Plaintiffs,**

-against-

WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN,

                         **Defendants.**

07-CV-08139 (DC)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James G. Markey, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name: ROBERT O LAMPL

*Motion GRANTED.*

USDJ 11/21/07

Firm Name:       Robert O Lampl

Address:         960 Penn Avenue, Suite 1200

City/State/Zip:  Pittsburgh, PA 15222

Tel. No:         (412) 392-0330

Fax No:          (412) 392-0335

Email Address:   rlampl@lampllaw.com

ROBERT O LAMPL is a member in good standing of the Bar of the State of Pennsylvania. There are no disciplinary proceedings against ROBERT O LAMPL in any State or Federal Court. A current Certificate of Good Standing for ROBERT O LAMPL is attached hereto.

Dated: November 5, 2007                    Respectfully submitted,

                                           DUANE MORRIS, LLP

VANESSA HEW
Notary Public, State of New York
No. 02HE6122207
Qualified in New York County
Commission Expires Feb. 7, 2008

                                           By: _____
                                           James G. Markey
                                           Lic. No.2060739

                                           DUANE MORRIS, LLP
                                           1540 Broadway
                                           New York, NY 10036-4086
                                           (212) 692-1086 – phone
                                           (212) 692-1020 - fax