SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD.; AURELIUS CAPITAL MASTER,
LTD.; AURELIUS CAPITAL PARTNERS, LP;
ARROW DISTRESSED SECURITIES FUND;
SCHULTZE MASTER FUND, LTD.; LATIGO
MASTER FUND, LTD.; UBS WILLOW FUND,
LLC; MISSOURI STATE EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
GLOBAL FLOATING RATE INCOME TRUST;
BLACKROCK LIMITED DURATION INCOME
TRUST; BLACKROCK SENIOR INCOME
SERIES; BLACKROCK SENIOR INCOME
SERIES II; BLACKROCK SENIOR INCOME
SERIES III PLC; MAGNETITE V CLO,
LIMITED; BLACKROCK SENIOR LOAN
PORTFOLIO; HARCH CLO II, LTD.; and RZB
FINANCE LLC,

                           Plaintiffs,

      -against-

WACHOVIA CAPITAL MARKETS, LLC d/b/a
WACHOVIA SECURITIES; BDO SEIDMAN,
LLP; GREGORY J. PODLUCKY; and ROBERT
LYNN,

                           Defendants.

07-CV-08139 (DC)



MOTION TO ADMIT COUNSEL
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James G. Markey, a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name: JOHN P. LACHER

MOTION GRANTED.

*[signature]*

USDJ 11/21/07

| | |
|---|---|
| Firm Name: | Robert O Lampl |
| Address: | 960 Penn Avenue, Suite 1200 |
| City/State/Zip: | Pittsburgh, PA 15222 |
| Tel. No: | (412) 392-0330 |
| Fax No: | (412) 392-0335 |
| Email Address: | jlacher@lampllaw.com |

JOHN P. LACHER is a member in good standing of the Bar of the State of Pennsylvania. There are no disciplinary proceedings against JOHN P. LACHER in any State or Federal Court. A current Certificate of Good Standing for JOHN P. LACHER is attached hereto.

Dated: November 5, 2007            Respectfully submitted,

DUANE MORRIS, LLP

By: _____
James G. Markey
Lic. No.2060739

DUANE MORRIS, LLP
1540 Broadway
New York, NY 10036-4086
(212) 692-1086 – phone
(212) 692-1020 - fax

VANESSA HEW
Notary Public, State of New York
No. 02HE6122207
Qualified in New York County
Commission Expires Feb. 7, 2008