UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC, | 07-CV-08139 (DC)<br><br>Doc. No.<br><br>Related to Doc. Nos. 26 and 31 |
|                           **Plaintiffs,**<br><br>-against-<br><br>WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN,<br><br>                          **Defendants.** | |

_____

### JOINDER OF DEFENDANT GREGORY J. PODLUCKY TO DEFENDANT BDO SEIDMAN'S MOTION TO DISMISS AND DEFENDANT WACHOVIA CAPITAL MARKETS, LLC'S MOTION TO DISMISS

AND NOW, comes the Defendant, Gregory J. Podlucky, by and through his attorneys, Robert O Lampl and John P. Lacher, and files this **JOINDER TO DEFENDANT BDO SEIDMAN'S MOTION TO DISMISS AND DEFENDANT WACHOVIA CAPITAL MARKETS, LLC'S MOTION TO DISMISS** as follows:

Plaintiffs brought this action asserting Federal Court jurisdiction pursuant to 18 U.S.C. §1962(d), the Racketeer Influenced and Corrupt Organizations Act ("RICO") and

raising pendent State Law claims for fraud, aiding and abetting fraud, negligent misrepresentations and civil conspiracy.. Defendants BDO Seidman and Wachovia Capital Markets, LLC were granted leave of this Honorable Court to file targeted Motions to Dismiss under F.R.Civ.P. 12(b)(6), asserting that the RICO action is not ripe, as the Plaintiffs have not exhausted their potential remedies and recoveries in cases pending in other jurisdictions. BDO Seidman and Wachovia Capital Markets, LLC have filed said Motions.

Defendant Gregory J. Podlucky hereby joins in the request for relief set forth in said Motions that the Plaintiffs' Complaint be dismissed on the standing and jurisdictional grounds set forth in those Motions.

While Defendant Gregory J. Podlucky adopts the legal arguments set forth therein, Defendant Gregory J. Podlucky specifically does *not* adopt the factual averments set forth therein as they relate to any allegations of misconduct, illegality or impropriety as may be directed to him, and this Joinder should not be construed by any party as an admission or acknowledgement of any fault, act, omission or liability as may have been asserted as to Gregory J. Podlucky by any party to this action.

Date: November 26, 2007

Respectfully submitted,

/s/ Robert O Lampl
Robert O Lampl, Pro Hac Vice
Pa. I.D. #19809

John P. Lacher
Pa. I.D. #62297

960 Penn Avenue
Pittsburgh, PA 15658
(412) 392-0330 – phone
(412) 392-0335 – fax
rlampl@lampllaw.com - email

Attorneys for Defendant Gregory J. Podlucky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| **HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.; AURELIUS CAPITAL MASTER, LTD.; AURELIUS CAPITAL PARTNERS, LP; ARROW DISTRESSED SECURITIES FUND; SCHULTZE MASTER FUND, LTD.; LATIGO MASTER FUND, LTD.; UBS WILLOW FUND, LLC; MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK GLOBAL FLOATING RATE INCOME TRUST; BLACKROCK LIMITED DURATION INCOME TRUST; BLACKROCK SENIOR INCOME SERIES; BLACKROCK SENIOR INCOME SERIES II; BLACKROCK SENIOR INCOME SERIES III PLC; MAGNETITE V CLO, LIMITED; BLACKROCK SENIOR LOAN PORTFOLIO; HARCH CLO II, LTD.; and RZB FINANCE LLC,** | 07-CV-08139 (DC) |
|                        **Plaintiffs,** | |
|     -against- | |
| **WACHOVIA CAPITAL MARKETS, LLC d/b/a WACHOVIA SECURITIES; BDO SEIDMAN, LLP; GREGORY J. PODLUCKY; and ROBERT LYNN,** | |
|                        **Defendants.** | |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 26th day of November, 2007, I served a true and correct copy of the foregoing **Joinder of Defendant Gregory J. Podlucky to Defendant BDO Seidman's Motion to Dismiss and Defendant Wachovia Capital Market, LLC's Motion to Dismiss**, upon the following (via first-class mail or electronic service):

Michael B. Carlinsky
Richard I. Werder
Robert S. Loigman
Susheel Kirpalani
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601

Cary Brian Samowitz
Thomas F. O'Neill, III
Palmina M. Fava-Pasthilha
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104

Matthew R. Hiller
Michael S. Poulos
DLA PIPER US LLP
203 North La Salle Street
Suite 1900
Chicago, IL 60601

Robert B. Lynn
3187 Route 711 South
Ligonier, PA 15658

Harvey Kurzweil
Richard W. Reinthaler
James P. Smith, III
William T. Conway, III
Jennifer Opheim Whitener
DEWEY & LEBOUEF LLP
1301 Avenue of the Americas
New York, NY 10019

Robert W. Fuller
Katherine G. Maynard
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

*/s/ Robert O Lampl*
Robert O Lampl, Pro Hac Vice
Attorney for Gregory J. Podlucky