# Exhibit C

# Trial Court Desktop.net

## North Carolina Business Court

[ Main Menu ] [ Lookup Case ] [ Civil Calendar ] [ Help ]

---

| | | |
|---|---|---|
| Case Number: 07CVS5097 | Plaintiff: Wachovia Bank, N.A. | Status: Active |
| Opened: | Defendent: Harbinger Capital Partners Master Fund I, Ltd. | County: Mecklenburg |
| 5/9/2007 | Type Case: Rule 2.1 - Exceptional | Judge: Albert Diaz |

[ Show Parties ]

| Filings | | |
|---|---|---|
| Court<br>Filed: 12/3/2007 | Order on Notice of Manual Filing of Exhibits<br>Filed by: Court | |
| Defendant<br>Filed: 11/20/2007 | Defendants' Reply Memorandum in Support of Motion to Dismiss **Filed under seal, cannot be accessed**<br>Filed by: Harbinger Capital Partners Master F | |
| Court<br>Filed: 11/2/2007 | Order on Motion for Extension of Time to File Reply and Expansion of Word Limit<br>Filed by: Court | |
| Defendant<br>Filed: 11/1/2007 | Motion for Expansion of Time and Word Limit<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 11/1/2007 | Pls' Reply Brief in Support of Motions for Civil Contempt and Enforcement of Preliminary Injunction<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 10/31/2007 | Notice of Manual Filing of Exhibits<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 10/31/2007 | Plaintiffs' 2nd Supp. Objections/Responses to Defs' 1st Interrogatories **Filed under seal, cannot be accessed**<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 10/31/2007 | Plaintiffs' Memorandum in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction **Filed under seal, cannot be accessed**<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Defendant<br>Filed: 10/22/2007 | Defs' Brief in Opposition to Plaints' Motion for Civil Contempt and for Enforcement of Prelim. Inju<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 10/22/2007 | Affidavit of James B. Gatehouse<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 10/22/2007 | Defs' Reply Memo in Support of Motion to Dissolve Preliminary Injunction and Stay Action<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 10/10/2007 | Pls' Brief Opposing Dissolution of Preliminary Injunction and Opposing Stay<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 10/10/2007 | Pls' Brief in Support of Motions for Civil Contempt & Enforcement of Preliminary Injunction<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 10/10/2007 | Notice and Pls' Verified Motions for Civil Contempt & Enforcement of Preliminary Injunction<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Court<br>Filed: 9/25/2007 | Protective Order<br>Filed by: Court | |
| Plaintiff<br>Filed: 9/24/2007 | Designation of Secure Leave Period Pursuant to General Rule of Practice 26<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 9/24/2007 | Designation of Mediator<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 9/24/2007 | Proposed Protective Order<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |

| | | |
|---|---|---|
| Court<br>Filed: 9/20/2007 | Order on Motion for Extension of Time to Respond to Discovery<br>Filed by: Court | |
| Defendant<br>Filed: 9/20/2007 | Defendants' Reply to Response to Motion for Extension of Time<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 9/19/2007 | Response of Plaintiffs to Defendants' Motion for Extension of Time<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Defendant<br>Filed: 9/17/2007 | Certifcate of Service of Motion to Dissolve, etc., Memo. in Support and Ganz Aff.<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 9/17/2007 | Affidavit of Elliot Ganz<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 9/17/2007 | Memorandum in Support of Motion to Dissolve and to Stay Action<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 9/17/2007 | Motion to Dissolve Prelim. Inj. and to Stay Action<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 9/14/2007 | Extension of Time<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 9/13/2007 | Notice of Dismissal of Claims Against Taconic Defendants (ONLY), With Prejudice<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Court<br>Filed: 8/28/2007 | Amended Case Management Order<br>Filed by: Court | |
| Court<br>Filed: 8/27/2007 | Case Management Order<br>Filed by: Court | |
| Court<br>Filed: 8/23/2007 | Order on Motion to Compel<br>Filed by: Court | |
| Court<br>Filed: 8/10/2007 | Order on Motion Concerning Timing of Filing of Answers<br>Filed by: Court | |
| Plaintiff<br>Filed: 7/27/2007 | Third Affidavit of Katharine A. Harkness<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 7/27/2007 | Pls' Reply Mem Supp Second Motion to Compel<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Defendant<br>Filed: 7/23/2007 | Defs' Memo in Opp. to Pls' 2nd Mot. to Compel Resp. to Pers. Juris. Discov. and Mot. to Strike Obj.<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 7/3/2007 | Pls' Reply Memorandum in Support of Mot. to Compel Responses to Personal Juris. Discovery<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 7/3/2007 | Plaintiff's Reply Brief in Support of Mot. re Timing of Filing Answers/Any Counterclaims of Def.<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 7/2/2007 | Pls' Brief in Support of 2nd Mot. to Compel & Mot. to Strike Untimely Objections<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 7/2/2007 | Pls' 2nd Mot. to Compel Responses to Personal Juris. Disc.&Motion to Strike Untimely Objections<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Court<br>Filed: 6/28/2007 | Order on Motion for Substitution of Counsel<br>Filed by: Court | |
| Court<br>Filed: 6/28/2007 | Order on Motion for Admission Pro Hac Vice<br>Filed by: Court | |
| Defendant<br>Filed: 6/25/2007 | Motion for Substitution of Counsel of William Dolan; Brian Lamoureux and Andrew Dash<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 6/25/2007 | Motion for Pro Hac Vice Admission - Carlinsky; Werder; Kirpalani; Loigman and Wolfson<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 6/21/2007 | Memo. in Opp. to Pls' Mtn to Compel Pers. Jurisdiction Discovery<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 6/21/2007 | Brief in Opp. to Pls' Mtn to Require Filing of Ans & Ctcl in 10 Days<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 6/20/2007 | Joint Case Management Report<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |

| | | |
|---|---|---|
| Court<br>Filed: 6/7/2007 | Order on Motion for Extension of Time<br>Filed by: Court | |
| Defendant<br>Filed: 6/1/2007 | Proposed Order Granting Def.'s Mtn. for Enlarg. of Time to file Brief Opp. Mtn. to Compel Pers. Jur<br>Filed by: Harbinger Capital Partners Master F | |
| Defendant<br>Filed: 6/1/2007 | Mtn for Enlarge of Time to Respond to Pl's Motion to Compel Resp. to Personal Jurisdiction Disc<br>Filed by: Harbinger Capital Partners Master F | |
| Plaintiff<br>Filed: 5/29/2007 | Plaintiff's Brief in Support of Mot. Re Timing of Filing of Answers/Counterclaims of Def.<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 5/29/2007 | Plaintiff's Motion Concerning Timing of Filing Answers/Any Counterclaims of Defendant<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Court<br>Filed: 5/23/2007 | Order on Motion for Extension of Time<br>Filed by: Court | |
| Plaintiff<br>Filed: 5/21/2007 | Motion for Extension of Time to File Brief in Opposition of Motion to Dismiss<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 5/16/2007 | Plaintiffs' Memorandum in Support of Motion to Compel Responses to Personal Jurisdiction Discovery<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 5/16/2007 | Exhibits 13 and 14 to Plaintiffs' Motion to Compel Responses to Personal Jurisdiction Discovery<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 5/16/2007 | Exhibits 9-12 to Plaintiffs' Motion to Compel Responses to Personal Jurisdiction Discovery<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 5/16/2007 | Exhibits 5-8 to Plaintiffs' Motion to Compel Responses to Personal Jurisdiction Discovery<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Plaintiff<br>Filed: 5/16/2007 | Plaintiffs' Motion to Compel Responses to Personal Jurisdiction Discovery (Exhs 1-4 of 14)<br>Filed by: Wachovia Bank, N.A. and Wachovia Ca | |
| Court<br>Filed: 5/9/2007 | Designation and Assignment Order<br>Filed by: Court | |
| Court<br>Filed: 4/16/2007 | Order Granting Pro Hac Vice Adm. - Lamoureux & Dash<br>Filed by: Court | |
| Defendant<br>Filed: 4/12/2007 | Motion for Pro Hac Vice Admission - Lamoureux & Dash<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Court<br>Filed: 4/12/2007 | Preliminary Injunction<br>Filed by: Court | |
| Court<br>Filed: 3/29/2007 | Order Granting Pro Hac Vice Adm. - Dolan<br>Filed by: Court | |
| Defendant<br>Filed: 3/29/2007 | Motion for Pro Hac Vice Admission - William M. Dolan, III<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/27/2007 | Motion for Expedited Discovery<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Plaintiff<br>Filed: 3/27/2007 | Affidavit of Katherine Harkness<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Defendant<br>Filed: 3/26/2007 | Defendants' Memo of Law in Opposition to Entry Prel. Inj.<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Certificate of Service of Affidavits<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of George J. Schultze<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of Joshua Miller<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of Sam Kim<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of Mark D. Brodsky<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of Stephen Blauner<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |

| | | |
|---|---|---|
| Defendant<br>Filed: 3/26/2007 | Affidavit of Philip A. Falcone<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Memorandum in Support of Defendants' Motion to Dismiss<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Defendants' Motion to Dismiss for Lack of Personal Jurisdiction<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/26/2007 | Affidavit of Elliot Ganz<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Plaintiff<br>Filed: 3/23/2007 | [Filed in Federal Court] Plaintiffs' Response to Defs' Motion to Dissolve TRO<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 3/23/2007 | [Filed in Federal Court] Order Granting Plaintiffs' Emergency Motion to Continue TRO and Remand<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Defendant<br>Filed: 3/23/2007 | [Filed in Federal Court] Defs.' Memo of Law in Support of Objection to Cont TRO<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Defs. Objection to Emerg. Motion to Continue TRO<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Motion for Expedited Discovery<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of Elliot Ganz<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Defs. Emergency Motion to Dissolve TRO<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Memo of Law in Sup of Defs. Mot. for Dism. and Exhibits<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Certificate of Service of Declarations<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of George Schultze<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of Joshua Miller<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of Sam Kim<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of Philip A. Falcone<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal court] Declaration of Stephen Blauner<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Declaration of Mark D. Brodsky<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Cour] Affadavit of William M. Dolan, III<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Plaintiff<br>Filed: 3/22/2007 | [Filed in Federal Court] Plaintiffs' Supplement in Support of Emerg. Motion to Cont.<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 3/22/2007 | [Filed in Federal Court] Plaintiffs' Brief in Support of Emer. Motion to Cont. TRO<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 3/22/2007 | [Filed in Federal Court] Plaintiffs' Emer. Motion to Continue TRO after Removal<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Defendant<br>Filed: 3/22/2007 | Notice of Removal<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Defs.' Motion for Dismissal or Transfer<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Defendant<br>Filed: 3/22/2007 | [Filed in Federal Court] Defs.' Memo of Law in Support of Mot. to Dissolve<br>Filed by: Harbinger Capital Partners Master Fund I et al. | |
| Plaintiff<br>Filed: 3/21/2007 | Affidavit of Service<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |
| Plaintiff<br>Filed: 3/20/2007 | Plaintiffs' Memo in Support of Motion for Preliminary Injunction<br>Filed by: Wachovia Bank, N.A. and Wachovia Capital Markets, | |

TECHNICAL SUPPORT: Technical support for attorneys is available from CX Corporation. Call 336-272-3884 for rates or visit www.cx2000.com