UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD., ET AL.,

                    Plaintiffs,

   -against-

WACHOVIA CAPITAL MARKETS, LLC D/B/A
WACHOVIA SECURITIES, ET AL.,

                    Defendants.

---------------------------------------------------------------- x

07-CV-08139 (DC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                SS.:
COUNTY OF NEW YORK  )

        KEVIN KOHBERGER, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

        On the 11th day of December, 2007, I caused the REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OF WACHOVIA CAPITAL MARKETS, LLC AND SUPPLEMENTAL AFFIRMATION OF HARVEY KURZWEIL WITH EXHIBITS to be served via Federal Express Overnight Delivery to the parties listed below at their address designated for service of papers to:

        Robert O. Lampl, Esq.
        960 Penn Avenue
        Suite 1200
        Pittsburgh, PA 15222

Robert Lynn
3187 Route 711 South
Ligonier, PA 15658


_____
KEVIN KOHBERGER
Lic. No. 1222809


Sworn to before me this
11th day of December, 2007


_____
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 2011