# DEWEY & LEBOEUF LLP

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 8300
fax +1 212 259 6333
hkurzweil@dl.com

March 21, 2008

BY FACSIMILE

The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

Re: *Harbinger Capital Partners Master Fund I, LTD, et al. v. Wachovia Capital Markets, LLC d/b/a Wachovia Securities, et al.* (No. 07 Civ 8139)

Dear Judge Chin:

We write to request that the Court approve an agreement among the parties with respect to plaintiffs' recently filed Amended Complaint and Wachovia Capital Markets, LLC's ("WCM") and BDO Seidman LLP's ("BDO") pending motions to dismiss. As you know, WCM and BDO filed separate motions to dismiss plaintiffs' original Complaint on November 13, 2007, and plaintiffs filed an Amended Complaint on March 18, 2008 while those two motions were fully briefed and pending. The parties are in agreement that plaintiffs' Amended Complaint does not affect the arguments raised in defendants' pending motions to dismiss and that revised briefing is unnecessary. We therefore respectfully request that the Court indicate approval of the parties' agreement that the currently pending motions to dismiss be deemed applicable to the Amended Complaint.

Respectfully,

*Harvey Kurzweil*
Harvey Kurzweil

cc: All Counsel of Record
    Robert B. Lynn (by mail)

IT IS SO ORDERED, this 31st day of March, 2008.

_____
Honorable Denny Chin

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW