**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HARBINGER CAPITAL PARTNERS MASTER
FUND I, LTD., et al.,

Plaintiffs,

-against-

WACHOVIA CAPITAL MARKETS, LLC D/B/A
WACHOVIA SECURITIES, et al.,

Defendants.
------------------------------------------------------------X

07 **CIVIL** 8139 (DC)

**JUDGMENT**

        Wachovia and BDO having moved to dismiss the complaint, and the matter having come

before the Honorable Denny Chin, United States District Judge, and the Court, on August 26, 2008,

having rendered its Memorandum Decision granting defendants' motions and dismissing the

amended complaint without prejudice to refiling when plaintiffs' damages become "clear and

definite", it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision dated August 26, 2008, defendants' motions are granted and the

amended complaint is dismissed without prejudice to refiling when plaintiffs' damages become

"clear and definite".

**Dated:** New York, New York
         August 28, 2008

J. MICHAEL McMAHON

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____